















LMM   1/17/01   12:41

3:00-CR-03069   USA V. HARRISON

*1*

*CRINFO.*

**FILED**

JAN 11 '00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'00 CR 3069 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| ) | |
| Plaintiff, ) | I N F O R M A T I O N |
| ) | |
| v. ) | Title 18, U.S.C., Sec. 371 - |
| ) | Conspiracy to Commit Mail Fraud; |
| NATHAN WILLIAM HARRISON, ) | Title 26, U.S.C., Sec. 7201 - |
| ) | Tax Evasion |
| ) | |
| Defendant. ) | |

The United States Attorney charges:

INTRODUCTORY ALLEGATIONS

At all relevant times herein:

1.     The sports and celebrity memorabilia market in the United States is approximately one billion dollars per year. Industry experts estimate that upwards of 50% (and perhaps as much as 90%) of the items comprising this market are counterfeit. Typically, the individuals who traffic in this black market obtain memorabilia containing forged autographs of celebrities, which are then inaccurately certified as genuine.

PLBH:pc
San Diego

2.    Autographed sports and celebrity memorabilia frequently consists of either clothing, such as jerseys or shoes; sports equipment, such as bats and balls; pieces of paper (commonly known as "cuts"); musical instruments, record albums, or pictorial items, such as photographs, posters, and trading cards -- all of which bear the purported signature of a professional athlete or celebrity connected in some way with the item of memorabilia.

3.    The price of an item of autographed memorabilia depends on a variety of factors. The success and popularity of the individual generally influences the price. In addition, the memorabilia of deceased athletes and celebrities (so-called "vintage memorabilia") typically yields higher prices.

4.    Although there are numerous unrelated distributors of counterfeit memorabilia, the majority of counterfeit memorabilia distributed throughout the United States is traceable to a finite number of counterfeiters who supply an enormous amount of high-quality fraudulent sports and celebrity memorabilia. These counterfeiters usually sell the memorabilia (containing forged signatures) to large-scale distributors who supply the items to major retail outlets, other smaller distributors, or directly to the public.

5.    Typically, one of the conspirators in the distribution chain obtains a certificate of authenticity attesting to the genuineness of the items containing athlete or celebrity signatures. Sometimes, these certificates are simply prepared by a distributor fraudulently filling out blank forms that he has

mass produced. On other occasions, the distributors utilize other individuals who purport to examine the item and render an "expert" opinion as to the signature's authenticity. Frequently, the authenticators have forensic expertise and claim to (or actually) have scientifically compared the signature on the memorabilia to known examples of the celebrity's handwriting.

6. The role of the authenticator is extremely important to the success of the criminal venture. It is the certificate of authenticity which allows distributors to feign, or maintain, ignorance of the fraudulent nature of the item they are selling. On the few occasions when an unsuspecting buyer discovers the fraud, the seller can claim that he relied on the accuracy of the certificate of authenticity and was unaware of the counterfeit nature of the celebrity's signature contained on the item.

7. On the other hand, the authenticators -- if confronted by an angry buyer -- can always claim that they are not responsible for the fraud and merely gave their best opinion as to whether the signature was genuine. As a rule, the certificates of authenticity expressly state that they merely represent the authenticator's expert opinion and cannot be relied upon as a warranty that the item of memorabilia is, in fact, genuine.

8. Eventually, the counterfeit item enters the stream of legitimate commerce in this country. Once in the legitimate stream of commerce, the item may be sold from a wide variety of different locations. Among the differing venues are: (1) Internet auction sites; (2) numerous mail order businesses and large

retail stores that advertise in various trade publications; (3) upscale franchise stores located in malls and airport concourses around the country; (4) home shopping channels; (5) local shops that specialize in baseball cards or other items of memorabilia; (6) memorabilia shows; (7) movie theaters; and (8) local charity auctions.

9. On some occasions, the ultimate retailer of the counterfeit item may be unaware of its fraudulent nature. However, if the retailer is aware -- or suspects due to the item's price or appearance -- that the memorabilia is counterfeit, he may attempt to disguise the illegal activity by obtaining several genuine items of memorabilia that were actually signed by the celebrity. If confronted by a customer, the seller can tell the customer that the item must be genuine based on the seller's false claim that it was personally obtained from the athlete.

10. In addition, unscrupulous retailers utilize pictures taken with celebrities to promote the sale of counterfeit items claiming that they were signed by a celebrity at the time of the picture. On occasion, retailers will simply get a stock picture of an athlete signing autographs in an attempt to convince the unsuspecting buyer of the item's genuineness.

The Counterfeit Memorabilia Market

11. The market for genuine vintage memorabilia has changed dramatically over the last decade. In the late 1980's, the market consisted of a very limited supply of genuine articles (e.g., vintage balls, checks, old books, letters, and the rare cut).

4

1  These items were almost exclusively traded among a select group of
2  collectors through a well-defined network. However, at present,
3  the market is absolutely flooded with tens of thousands of vintage
4  items (including bats, balls, jerseys, helmets, record albums,
5  pictures, magazines, pieces of paper, posters, lithographs, and
6  other items) that are counterfeit.

7      12.  In  fact,  the  current  "public"  market  in  vintage
8  memorabilia is largely comprised of forgeries. This market in
9  vintage memorabilia is directly attributable to the special skills
10  of a select group of forgers. Indeed, vintage cuts were almost
11  non-existent prior to these forgers beginning to produce the cuts
12  within the last decade. Today, there are literally thousands of
13  these counterfeit items in retail businesses across the country.

14      13.  The black market is increasingly turning to the Internet
15  in order to facilitate the sale of counterfeit sports and
16  celebrity memorabilia. Attempting to cloak themselves in the
17  anonymity available in cyberspace, black marketeers brazenly offer
18  multiple, high-priced counterfeits from a variety of websites.

19      14.  The current market of non-vintage memorabilia is also
20  characterized by the counterfeiting of the signatures of select
21  athletes and celebrities who command large sums in the open
22  market. In particular demand on the current black market are items
23  signed by Mark McGwire, Sammy Sosa, Ted Williams, Mohammed Ali,
24  John Elway, Joe Montana, Michael Jordan, Kobe Bryant, Mel Gibson
25  and Pamela Anderson Lee.

26
27
28                                      5

1     15. Some of the most popular athletes have started to

2 introduce security procedures in an attempt to frustrate

3 counterfeiters. For example, Michael Jordan entered into an

4 exclusive contract with Upper Deck to sell his autographed items.

5 Therefore, it is likely that any retail item of sports memorabilia

6 purporting to be signed by Jordan is counterfeit -- except for

7 merchandise marketed through Upper Deck. For a number of years,

8 Michael Jordan's contract with Upper Deck has been an exclusive

9 contract that prevents him from selling his autographs to other

10 sources.

11     16. Similarly, Mark McGwire has refused to sign autographs

12 (for money) for approximately the last decade. As a result, a

13 McGwire signature purchased on the retail market is likely to be

14 a forgery.

15              Production, Bogus Authentication and distribution

16                      of Counterfeit memorabilia

17     17. In September 1997, a Special Agent with the FBI assumed

18 the undercover role of John Freitas -- owner of Nihon Trading,

19 2181 El Camino Real, Suite 100, Oceanside. As part of his

20 undercover role, "Freitas" represented to individuals that he was

21 presently in the business of exporting sports memorabilia to

22 Pacific rim nations.

23     18. Over the last two years, utilizing "Freitas" and others,

24 the Government has been able to purchase fraudulent sports (and

25 celebrity) memorabilia from a number of different individuals.

26 These suppliers of fraudulent memorabilia include, Michael Bowler,

27

28                                    6

1 Jon Hall, Carmen Lombardo, Jack Morgenstern, Michael Moses, and
2 David Tabb.

3     19.  Most, if not all, of these suppliers have stated in
4 recorded conversations that the "Marino family" is considered to
5 be one of the major forgers of counterfeit memorabilia.  The
6 suppliers have also indicated that Wayne Bray is one of the main
7 distributors (and authenticators) of counterfeit memorabilia
8 produced by the Marinos.

9 <u>Interception of Wire Communications</u>

10     20.  In early 1999, the Federal District Court in the
11 Southern District of California, authorized the interception of
12 wire communications from phones located at: (1) Wayne Bray's
13 business, W.W. Sportscards, 133 North Pacific Street, Unit D, San
14 Marcos, California; (2) the home of Greg and Kathleen Marino, 395
15 Beaumont Glenn, number 257, Escondido, California; and (3) the
16 home of Angelo, Gloria and John Marino, 2422 Smokewood Place,
17 Escondido, California.

18     21.  These intercepted conversations revealed that Wayne Bray
19 had been distributing millions of dollars worth of counterfeit
20 memorabilia over the last several years.  In addition, the
21 interceptions (and related investigation) have confirmed that Bray
22 was obtaining the forged signatures of the various athletes and
23 celebrities from, among others, Angelo, Gloria, Greg, Kathleen and
24 John Marino.

25     22.  These interceptions also indicated that Angelo and Greg
26 Marino were actively involved in the forging of the memorabilia,

27

28         7

while Kathleen, Gloria and John Marino assisted in the distribution of the counterfeit goods. They also suggested that John Marino was responsible for procuring many of the raw materials necessary to commit the forgeries, i.e., blank balls, bats, aged paper and pens. In addition, the interceptions demonstrated that the Marinos were supplying forged memorabilia to approximately a dozen distributors apart from Wayne Bray.

23. The Marino family had been supplying counterfeit items since approximately 1994. During that time, they presided over the largest counterfeit sports and celebrity memorabilia operation in the country. This operation accounted for the production of unknown millions of dollars of counterfeit memorabilia.

24. The fraudulent memorabilia distributors utilizing Marino counterfeits on occasion obtained product from smaller counterfeit operations. In these operations, the forgers typically had a repertoire of specific athletes and celebrities whom they could counterfeit, but shared an overlapping distribution network. The other counterfeiters included Michael Moses, David Tabb, and Michael Lopez.

25. This network was comprised of various middlemen who moved the counterfeits into the legitimate stream of commerce. Typically, the middlemen would sell to memorabilia wholesalers or retailers. However, on occasion, they would mass market (using both mail order and the Internet) the counterfeit memorabilia directly to the general public. In addition to Wayne Bray, the middlemen included, Michael Bowler, Nathan Harrison, Sheldon

Jaffe, Michael Moses, Rino Ruberti, David Tabb, Michael Tapales and Richard Weimer.

26. The middlemen would normally be charged with obtaining certificates of authenticity for the counterfeit memorabilia prior to selling the goods to the ultimate retailer. The retailers included Bruce Gaston, Forrest Golembeske, Jon Hall, Lowell Katz, Richard Laughlin, Carmen Lombardo and Anthony Marino.

**COUNT ONE**

27. Beginning at a time unknown to the Government and continuing up to and including October 13, 1999, within the Southern District of California, and elsewhere, defendant NATHAN WILLIAM HARRISON doing business as (hereinafter referred to as d/b/a) "LNN Enterprises," did knowingly and willfully combine, conspire and agree with John Thomas Marino, Gregory James Marino, Gloria Marino, Angelo Andrew Marino, Kathleen Ann Marino all d/b/a "Front Page Art," Michael David Bowler d/b/a/ "J&M Sportscards" and "JMC Distributors," Wayne Donald Bray d/b/a "W.W. Sportscards" and "Sport and Celebrity Autograph Authentication, SCAA," William Bruce Gaston d/b/a "La Jolla Sportscards," Forrest Golembeske d/b/a "Frosty's Sports Cards" and "Collectibles & Antiques," Jon Frederick Hall d/b/a "Del Mar Sportscards," Sheldon Jaffe d/b/a "Shelly's Cards," Scott Lee Harris and Mary Louise Harris both d/b/a/ "Universal Engineering and Development Company," Lowell Katz d/b/a "The Beautiful and the Unusual," Richard John Laughlin d/b/a "Framed Images," Carmen "Chip" Lombardo d/b/a "Home Field Advantage," Michael Lopez, Anthony Marino d/b/a "Pro Sports,

9

Ltd.," Richard J. Mitchell, Michael Pierce Moses and Robyn Greene Moses d/b/a "Sports Management Group," "Sports Alley," and "Universal Authentic Memorabilia," Rino David Ruberti and Karen Michelle Ruberti d/b/a "Sports Card Kid," "Universal Authentic Memorabilia" and "Universal Engineering and Development Company," David Joel Tabb d/b/a "Hollywood Collectibles" and "Hollywood Dreams," Michael John Tapales d/b/a "Prime Time Sportscards," Richard A. Weimer d/b/a "Rick's Collectibles," and with numerous others, to utilize the United States Postal Service and other common carriers to defraud consumers and obtain money by means of false and fraudulent pretenses, representations and promises; all in violation of Title 18, United States Code, Sections 371 and 1341.

### THE METHODS OF THE CONSPIRACY

28. As a part of the conspiracy, Angelo Marino would paint original pictures of various sports figures, such as Dan Marino, Joe Montana, Joe Namath, Mohammed Ali, Tiger Woods, and Cal Ripkin, Jr.

29. As a further part of the conspiracy, Angelo Marino would get some of the sports figures to sign a limited number of his lithographs. He would then "pad" his profits by forging additional signatures onto his lithographs.

30. As a further part of the conspiracy, John Marino began purchasing photographs of sports and celebrities from various companies specializing in selling these photographs. After

obtaining the photographs, Greg Marino would forge the celebrity's signature on the picture.

31. As a further part of the conspiracy, Greg Marino forged the signatures of thousands of celebrities, including Mother Theresa, Abraham Lincoln, Martin Luther King, Albert Einstein, Marilyn Monroe, Elvis Presley, Babe Ruth, Lou Gehrig, Ty Cobb, Sammy Sosa, Mark McGwire and Tony Gwynn.

32. As a further part of the conspiracy, John Marino would offer to sell the fraudulent photographs and lithographs utilizing the Marinos' company, Front Page Art.

33. As a further part of the conspiracy, Gloria Marino would handle the financial arrangements involving the family's counterfeiting activity. In addition, she would handle all payments and distribute the money to the various family members.

34. As a further part of the conspiracy, Kathleen Marino would assist the family by, among other things, taking orders for counterfeit items and preparing blank items of memorabilia to facilitate their forging by her husband, Greg Marino.

35. As a further part of the conspiracy, the Marinos divided up their profits by giving one-third to Greg and Kathleen Marino, one-third to Angelo and Gloria Marino, and one-third to John Marino.

36. As a further part, and to conceal the existence, of the conspiracy, the Marinos dealt primarily in cash, utilized nominees to purchase assets, and failed to report their illegal income to the Internal Revenue Service.

11

37. As a further part of the conspiracy, Greg Marino also traded Angelo Marino lithographs with Michael Lopez. In exchange for the lithographs, Lopez gave Marino memorabilia on which he [Lopez] had personally forged the signatures of various athletes.

38. As a further part of the conspiracy, Michael Lopez introduced Greg Marino to Sheldon Jaffe. For a short time, Greg Marino forged signatures for Jaffe. Eventually, he began forging only for his brother, John Marino, who was in charge of obtaining customers.

39. As a further part, and to conceal the existence, of the conspiracy, the Marinos later limited their sale of counterfeit memorabilia to a select group of conspirators. These criminal insiders included coconspirators: Wayne Bray, Richard Mitchell, Richard Laughlin, Jon Hall, Rino Ruberti, Michael Tapales, Nathan Harrison, Michael Bowler and Richard Weimer.

40. As a further part, and to conceal the existence, of the conspiracy, the Marinos would only allow Wayne Bray, Richard Mitchell, Richard Laughlin, Nathan Harrison and Richard Weimer into their residence. In addition, they would conduct their illegal business with Rino Ruberti, Michael Tapales and Michael Bowler in various parking lots around San Diego. Their remaining customers were serviced either at their stores or by mail.

41. As a further part of the conspiracy, John Marino began purchasing unsigned sporting goods (such as bats, balls, jerseys, helmets, gloves, and hockey sticks) and old books. In addition,

1  he occasionally would rip pages out of library books that were
2  published decades ago.

3      42.  As a further part of the conspiracy, the Marinos began
4  forging the signature of deceased athletes and celebrities on aged
5  pieces of paper ("cuts") that John Marino had obtained. In forging
6  these signatures, Greg Marino would utilize ink that was produced
7  during the celebrity's lifetime.

8      43.  As a further part of the conspiracy, Greg Marino would
9  typically forge the various items of memorabilia in his parents
10  living or dining room.

11      44.  As a further part of the conspiracy, the Marinos
12  maintained a "black book" containing thousands of examples (known
13  as "exemplars") of genuine celebrity signatures. Greg Marino would
14  utilize these exemplars, unless he had memorized the signature of
15  the particular celebrity he was forging.

16      45.  As a further part of the conspiracy, Wayne Bray supplied
17  the Marinos with blank balls, bats, clothing, equipment, and other
18  items -- along with a list of celebrity signatures (or actual
19  celebrity exemplars) that he wished forged.  After forging the
20  signatures of the celebrities, the Marinos gave the items back to
21  Bray for distribution.

22      46.  As a further part of the conspiracy, Wayne Bray
23  manufactured a red "Haiti" baseball stamp to conceal the true age
24  of many of the baseballs on which Greg Marino was forging the
25  signature of deceased ballplayers.

26

27

28                                    13

47. As a further part of the conspiracy, Stan Fitzgerald instructed Wayne Bray to move the placement of the Haiti stamp in order to allow the forgeries to be placed on the "sweet spot" of the baseball.

48. As a further part of the conspiracy, Wayne Bray also sold the Marinos' counterfeit memorabilia to various retailers around the country. These retailers sold millions of dollars of counterfeit memorabilia through dozens of outlets located across the country. Some of these retailers also obtained counterfeit memorabilia from Michael Lopez, Nathan Harrison, and David Tabb.

49. As a further part of the conspiracy, Michael Lopez forged counterfeit memorabilia for, among others, The Hall of Fame, B&J Collectibles, The Prince of Cards, and Plaques Gallery.

50. As a further part, and to conceal the existence, of the conspiracy, Michael Lopez would regularly change his cell phone numbers and rent or lease cars that he was using to conduct illegal activity.

51. As a further part, and to conceal the existence, of the conspiracy, Wayne Bray established Sport and Celebrity Autograph Authentication ("SCAA") in order to disguise the sale of counterfeit memorabilia. This company was set up by Bray for the sole purpose of authenticating counterfeit memorabilia produced by the Marinos.

52. As a further part, and to conceal the existence, of the conspiracy, Wayne Bray also formed an authentication company with a partner. In order to separate the authentication company from

14

his sale of counterfeit memorabilia, the two partners agreed to call the business, J. DiMaggio Company. They decided to utilize this name in order to capitalize on the notoriety surrounding the name "J. DiMaggio." Once again, this business was set up for the sole purpose of authenticating counterfeit memorabilia.

53. As a further part, and to conceal the existence, of the conspiracy, other coconspirators began utilizing both SCAA and J. DiMaggio Company to authenticate their forgeries. Typically, Wayne Bray would check the forgeries to ensure that they were high-quality. In addition, he would want to ensure that the forgers placed the right signature on a celebrity photograph and did not use a photo or item of memorabilia produced after the death of the celebrity. On the other hand, his partner would frequently issue certificates without even doing a cursory examination.

54. As a further part, and to conceal the existence, of the conspiracy, the coconspirators also obtained certificates of authenticity from Forensic Document Services ("FDS"), Authentic Autographs Unlimited ("AAU"), Donald Frangipani and others to disguise the fact that the memorabilia they were selling was counterfeit.

55. As a further part, and to conceal the existence, of the conspiracy, the Marinos had nominees purchase cashier's checks in order to conceal the origin of their illegal profits.

1 | 56. As a further part, and to conceal the existence, of the
2 | conspiracy, the Marinos failed to declare, and secreted in their
3 | residence, hundreds of thousands of dollars in cash.

4 | 57. As a further part of the conspiracy, the Marinos sold
5 | their counterfeit memorabilia to Jon Hall. Hall utilized his
6 | business, Del Mar Sportscards, to sell the counterfeit memorabilia
7 | to the general public.

8 | 58. As a further part of the conspiracy, Jon Hall also sold
9 | the counterfeit memorabilia to Carmen "Chip" Lombardo. Lombardo
10 | would then usually resell the counterfeit memorabilia over the
11 | Internet utilizing his company, Home Field Advantage.

12 | 59. As a further part of the conspiracy, Jon Hall introduced
13 | one of his suppliers, Rino Ruberti, to John Marino. Eventually,
14 | Ruberti became one of the major purchasers of counterfeit
15 | memorabilia produced by the Marinos.

16 | 60. As a further part, and to conceal the existence, of the
17 | conspiracy, Rino Ruberti and Michael Moses set up the mail order
18 | business, Universal Authentic Memorabilia ("UAM"). This company
19 | distributed millions of dollars of counterfeit memorabilia.

20 | 61. As a further part of the conspiracy, UAM advertised in
21 | the various memorabilia trade journals. During the life of the
22 | business, it sold only counterfeit memorabilia.

23 | 62. As a further part of the conspiracy, Michael Moses would
24 | personally forge the signatures of certain celebrities who were
25 | not deceased. Rino Ruberti would then obtain most of the rest of

their counterfeit memorabilia from the Marinos. Occasionally, Moses would trade counterfeit memorabilia with David Tabb.

63. As a further part of the conspiracy, Michael Moses and Rino Ruberti employed individuals to take orders and make deliveries of counterfeit memorabilia for UAM.

64. As a further part of the conspiracy, Michael Moses and Rino Ruberti would utilize their wives, Robyn Moses and Karen Ruberti to assist with running UAM. In addition, they utilized Scott and Mary Louise Harris (who were Karen Ruberti's parents) to assist in running the business and in laundering their illegal proceeds.

65. As a further part of the conspiracy, David Tabb exchanged forgeries he produced with Michael Moses. Over the last four years, Tabb sold millions of dollars of counterfeits through movie theaters, sports bars and the Internet.

66. As a further part, and to conceal the existence, of the conspiracy, David Tabb would destroy his books and records documenting his illegal activity.

67. As a further part of the conspiracy, Rino Ruberti sold counterfeit memorabilia to, among others, Wall of Fame, A&J Collectibles, Whiz Kid, and Grand Slam Memorabilia.

68. As a further part, and to conceal the existence, of the conspiracy, Rino Ruberti and Michael Moses utilized Scott and Mary Louise Harris to: (1) obtain a merchant credit card account; (2) obtain a business bank account; (3) ship packages; and (4) deliver orders of counterfeit memorabilia.

69. As a further part, and to conceal the existence, of the conspiracy, Scott and Mary Louise Harris used their bank account with Universal Engineering and Development Company to launder proceeds from UAM.

70. As a further part, and to conceal the existence, of the conspiracy, Rino Ruberti and Michael Moses obtained fraudulent certificates of authenticity from J. DiMaggio Company and SCAA to disguise the counterfeit nature of their memorabilia.

71. As a further part of the conspiracy, Rino Ruberti had Greg Marino forge the signature of athletes on stolen Upper Deck special edition cards.

72. As a further part of the conspiracy, Nathan Harrison distributed millions of dollars of counterfeit memorabilia through his business, LNN Enterprises. LNN Enterprises' customers included Forrest Golembeske d/b/a Frosty's Sportscards and Collectibles and Antiques, Lowell Katz d/b/a The Beautiful and the Unusual, Anthony Marino d/b/a Pro Sports, Ltd. and numerous others. Harrison obtained his counterfeit memorabilia either directly or indirectly from the Marinos.

73. As a further part of the conspiracy, the Marinos sold counterfeit memorabilia to Richard Mitchell. Mitchell distributed hundreds of thousands of dollars of counterfeit memorabilia primarily through retail businesses in Las Vegas, Nevada. Mitchell also sold the counterfeit memorabilia to Bruce Gaston who owned and operated La Jolla Sports Cards.

74. As a further part of the conspiracy, the Marinos sold counterfeit memorabilia to Michael Bowler. Bowler sold hundreds of thousands of dollars of counterfeit memorabilia primarily over the Internet.

75. As a further part of the conspiracy, Michael Bowler did resell some of the counterfeit memorabilia to local retailers.

76. As a further part of the conspiracy, the Marinos sold counterfeit memorabilia to Richard Laughlin. Laughlin sold this memorabilia both through his store, Framed Images, and on consignment at other retail outlets in Arizona and California.

77. As a further part of the conspiracy, Richard Laughlin specialized in selling "old junk" on which the Marinos forged celebrity signatures.

78. As a further part of the conspiracy, the Marinos sold counterfeit memorabilia to Richard Weimer. Utilizing his business, Rick's Collectibles, Weimer sold large quantities of counterfeit memorabilia to retailers in Massachusetts and Illinois.

79. As a further part of the conspiracy, Richard Weimer would purchase blank certificates of authenticity from Wayne Bray in order to disguise the fact that the ultimate customer was receiving counterfeit memorabilia.

80. As a further part of the conspiracy, the Marinos sold counterfeit memorabilia to Michael Tapales aka "Mike the runner" and "Little Mikey". Tapales resold the counterfeit memorabilia through his business, Prime Time Sportscards, to a number of different wholesalers, including Sheldon Jaffe and Michael Moses.

81.  As a further part of the conspiracy, the Marinos sold hundreds of thousands of dollars of counterfeit memorabilia directly to a couple of retail outlets. These retailers sold the counterfeit memorabilia both over the Internet and directly out of their stores.

82.  As a further part of the conspiracy, Lowell Katz sold counterfeit memorabilia (produced by the Marinos) over the Internet.

83.  As a further part, and to conceal the existence, of the conspiracy, John Marino, Gloria Marino, Angelo Marino, and Greg Marino would deliver counterfeit memorabilia to their customers in parking lots and other public places.

84.  As a further part of the conspiracy, the Marinos, Rino Ruberti, Wayne Bray, Richard Mitchell, and Nathan Harrison would discuss ways to conceal and hide their illegal operations from law enforcement. Among other things, they agreed to "a code of silence" if questioned regarding their counterfeiting activities.

85.  As a further part, and to conceal the existence, of the conspiracy, the conspirators frequently talked in "code" when using the telephone.

### OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the following overt acts, among others, were committed within the Southern District of California and elsewhere:

1      1.   In or about 1994, in San Marcos, California, Wayne Bray
2   agreed to supply Stan Fitzgerald with counterfeit memorabilia that
3   Fitzgerald could sell through his business.
4      2.   In or about 1994, in Corona, California, Michael Lopez
5   began forging memorabilia that Wayne Bray would sell to Stan
6   Fitzgerald.
7      3.   In or about 1995, in Escondido, California, Greg Marino
8   began forging memorabilia that Wayne Bray would sell to Stan
9   Fitzgerald.
10     4.   In or about 1996, in Escondido, California, Greg Marino
11  began forging memorabilia that Carmen Lombardo would resell to
12  others.
13     5.   In or about 1996, in Escondido, California, Greg Marino
14  began forging memorabilia that Sheldon Jaffe would resell to
15  others.
16     6.   In or about 1996, in San Marcos, California, Wayne Bray
17  began supplying Nathan Harrison with counterfeit memorabilia that
18  Harrison could resell to others.
19     7.   In or about July 1996, in Laguna Niguel, California,
20  Laith Neesan utilized All-Sports Memorabilia to distribute
21  hundreds of thousands of dollars of counterfeit memorabilia.
22     8.   Between July 1996 and January 1997, in Escondido,
23  California, John Marino provided counterfeit memorabilia to
24  Michael Tapales for delivery to Laith Neesan and Michael Moses.
25
26
27
28                                   21

9. In or about 1997, in Escondido, California, the Marinos began selling their counterfeit memorabilia directly to Nathan Harrison.

10. In or about 1996 to January 1997, in San Juan Capistrano, California, Richard Laughlin sold approximately $50,000 in counterfeit memorabilia to Wayne Allen Deloney, including jerseys allegedly signed by Michael Jordan, Larry Bird, and Magic Johnson.

11. In or about early 1996, in Orange, California, David Tabb was distributing counterfeit sports memorabilia out of the National Sport Bar and Grill.

12. In or about 1997, in Tustin, California, Sheldon Jaffe began purchasing numerous orders of counterfeit memorabilia from Wayne Bray.

13. On or about July 15, 1997, in Orange, California, David Tabb incorporated Collect Your Dreams, Inc.

14. On or about August 7, 1997, in Orange, California, David Tabb filed a fictitious business statement for Hollywood Dreams.

15. On or about September 15, 1997, in Oceanside California, David Tabb utilized Hollywood Dreams to sell 21 items of counterfeit memorabilia (including two Michael Jordan basketballs, one Joe DiMaggio baseball and one Mickey Mantle baseball) to a government undercover agent.

16. On or about November 6, 1997, in Oceanside, California, David Tabb utilized Hollywood Dreams to sell ten counterfeit

Michael Jordan basketballs and ten counterfeit Tony Gwynn baseballs to a government undercover agent.

17. On or about December 3, 1997, in Santa Ana, California, David Tabb utilized Hollywood Dreams to sell four counterfeit Michael Jordan basketballs to a government undercover agent in the parking lot of an REI store.

18. During 1997 and 1998, in Southern California and Arizona, David Tabb utilized Hollywood Dreams to sell counterfeit memorabilia in the lobby of AMC theaters.

19. During 1997, in Long Beach, California, Lowell Katz began obtaining counterfeit memorabilia from Wayne Bray.

20. During the period 1997 through 1999, in San Marcos, California, Nathan Harrison distributed hundreds of thousands of dollars of counterfeit memorabilia (utilizing his business, LNN Enterprises) to a variety of customers across the country.

21. During the period 1997 through 1999, in San Marcos, California, Lowell Katz (utilizing his business, The Beautiful and the Unusual) distributed hundreds of thousands of dollars of counterfeit memorabilia to customers located across the country.

22. During 1998, in Apple Valley, California, Anthony Marino began distributing counterfeit memorabilia that he purchased from Barry Goldberg.

23. During the period 1998 through October 13, 1999, in Oceanside, California, Michael Bowler distributed counterfeit memorabilia that was produced by the Marinos as a full-time business.

1    24. During the period 1988 through 1999, in Del Mar,
2    California, Carmen Lombardo distributed counterfeit memorabilia
3    that he obtained from Jon Hall and Michael Bowler.

4    25. During the period January 1995 through June 1999, in San
5    Marcos, California, Wayne Bray shipped Stan Fitzgerald millions of
6    dollars worth of counterfeit memorabilia.

7    26. During the period February 1998 through February 1999,
8    in San Marcos, California, Wayne Bray received approximately 103
9    shipments of blank memorabilia from Stan Fitzgerald.

10    27. During the period 1998 through 1999, in Escondido,
11    California, John Marino supplied Michael Tapales with counterfeit
12    memorabilia for delivery to Michael Moses.

13    28. On or about January 7, 1998, in Orange, California,
14    David Tabb filed a fictitious business statement for Classic
15    Memorabilia.

16    29. On or about January 16 and 21, 1998, Gloria Marino
17    utilized $123,760 in illegal proceeds as a down payment on a piece
18    of land in Escondido, California.

19    30. On or about March 28, 1998, in the parking lot of a
20    Chevron gas station in Irvine, California, David Tabb arranged the
21    sale of numerous items of counterfeit memorabilia (including two
22    Michael Jordan basketballs, and one basketball allegedly signed by
23    Larry Bird, Charles Barkley, Dennis Rodman, Michael Jordan and
24    Magic Johnson) to a government undercover agent.

25    31. On or about April 2, 1998, in the parking lot of the
26    Benihana Restaurant in Anaheim, California, David Tabb sold

numerous items of counterfeit memorabilia (including 12 Michael Jordan basketballs) to a government undercover agent.

32. On or about June 4, 1998, in San Marcos, California, Rino Ruberti dropped off several boxes of counterfeit memorabilia at W.W. Sportscards so that Wayne Bray could supply him with fraudulent certificates of authenticity.

33. On or about June 8, 1998, in San Marcos, California, Richard Laughlin picked up several items of counterfeit memorabilia from Wayne Bray.

34. On or about June 8, 1998, in San Marcos, California, Richard Laughlin sold a counterfeit Tony Gwynn jersey to the owner of The Hot Corner.

35. On or about June 9, 1998, in San Marcos, California, Rino Ruberti picked up several boxes of counterfeit memorabilia (along with fraudulent certificates of authenticity supplied by Wayne Bray and James DiMaggio) from W.W. Sportscards.

36. On or about June 9, 1998, in San Marcos, California, Rino Ruberti picked up counterfeit memorabilia from the Marinos in the parking lot of a Petco store.

37. On or about June 16, 1998, in San Marcos, California, Rino Ruberti picked up several boxes of counterfeit memorabilia (along with fraudulent certificates of authenticity supplied by Wayne Bray and James DiMaggio) from W.W. Sportscards.

38. On or about June 16, 1998, in Vista, California, Rino Ruberti placed four wooden baseball bats in Angelo Marino's white

1  Cadillac which was located in the parking lot of a Shell gas
2  station.

3      39.  On or about July 20, 1998, in Del Mar, California,
4  Carmen Lombardo agreed to sell approximately $5,020 worth of
5  counterfeit sports memorabilia (including ten Michael Jordan
6  basketballs) to a government undercover agent.

7      40.  On or about July 21, 1998, in Oceanside, California,
8  Carmen Lombardo sold the following counterfeit memorabilia to a
9  government undercover agent: (1) ten Michael Jordan basketballs;
10  (2) two Michael Jordan magazines; (3) four dollar bills containing
11  Babe Ruth's forged signature; (4) four dollar bills with Lou
12  Gehrig's forged signature; (5) ten Ted Williams photographs; (6)
13  ten Joe DiMaggio photographs; and (7) ten Mickey Mantle
14  photographs.

15      41.  On or about July 22, 1998, in the parking lot of the
16  Benihana Restaurant in Anaheim, California, David Tabb, in
17  exchange for $10,000, sold a government undercover agent numerous
18  items of counterfeit memorabilia, including a large number of Mark
19  McGwire, Mickey Mantle, and Joe DiMaggio items.

20      42.  Between August 1998 and April 1999, in Southern
21  California, David Tabb sold hundreds of items of counterfeit
22  memorabilia to a government undercover agent, including over 100
23  Mark McGwire and Sammy Sosa balls, bats and photographs. These
24  items were sold to the agent during the historic home run race
25  between McGwire and Sosa.

43. Between August 1998 and May 1999, in San Clemente, California, Scott Harris received numerous UPS shipments containing blank memorabilia from, among others, Photo File, The Movie Market, Anaconda - Kaye Sports, Major League Images, JRS Collectibles, Rawlings, and National Sports Distributors.

44. On or about September 16, 1998, in Oceanside, California, Scott Harris delivered an order of counterfeit memorabilia which included 12 Mark McGwire and 12 Sammy Sosa baseballs, 20 Mark McGwire and 20 Sammy Sosa photographs, and 20 photographs of both McGwire and Sosa.

45. On or about October 1, 1998, in Oceanside, California Michael Moses delivered a large order of counterfeit memorabilia, including pictures, bats and balls containing what purported to be Mark McGwire's signature.

46. On or about October 30, 1998, in San Juan Capistrano, California, Richard Laughlin ordered numerous items of counterfeit memorabilia from Nathan Harrison.

47. On or about November 1, 1998, in Escondido, California, Nathan Harrison provided Greg Marino with blank memorabilia so that he could fill outstanding orders from his customers, Richard Laughlin and Sheldon Jaffe.

48. On or about November 2, 1998, in Escondido, California, Greg Marino forged the signature of numerous celebrities on the blank memorabilia dropped off by Nathan Harrison.

49. On or about November 3, 1998, in Escondido, California, Nathan Harrison picked-up his memorabilia (now containing forged signatures) from Greg Marino.

50. On or about November 4, 1998, in Tustin, California, Nathan Harrison delivered Sheldon Jaffe's order of counterfeit memorabilia.

51. On or about November 4, 1998, in San Juan Capistrano, California, Nathan Harrison delivered Richard Laughlin's order of counterfeit memorabilia.

52. On or about November 4, 1998, in Del Mar, California, Jon Hall gave a government undercover agent an order of counterfeit memorabilia (including 50 photographs and 20 posters) that the agent had previously purchased from Carmen Lombardo.

53. On or about November 4, 1998, in Del Mar, California, Jon Hall told a government undercover agent that he could supply the agent with counterfeit memorabilia at a cheaper price because he obtained his items directly from John Marino.

54. On or about November 4, 1998, in Del Mar, California, Jon Hall agreed to sell a government undercover agent ten cuts (at $125 each) and ten pieces of currency (at $200 each) that purported to be signed by Babe Ruth.

55. On or about November 5, 1998, in San Clemente, California, Michael Moses agreed to sell to a government undercover agent over 300 pieces of counterfeit memorabilia, including eight Babe Ruth cuts and a large amount of baseball memorabilia allegedly signed by Mark McGwire and Sammy Sosa.

56. On or about November 6, 1998, in San Clemente, California, Mary Louise and Scott Harris assisted Michael Moses in delivering the above-referenced order of counterfeit sports memorabilia.

57. On or about November 6, 1998, in Oceanside, California, Michael Moses delivered to a government undercover agent the order of counterfeit memorabilia in exchange for $6,000 in cash and a $900 check made out to Robyn Moses.

58. On or about November 24, 1998, in Del Mar, California, Jon Hall agreed to sell a government undercover agent an additional 60 baseballs (at $40 each) which were to contain signatures purporting to be Joe DiMaggio's.

59. On or about November 24, 1998, in Del Mar, California, Jon Hall instructed a government undercover agent that the agent had to pay for the memorabilia with cash as he was not willing to accept checks for these items.

60. On or about December 2, 1998, in Del Mar, California, Jon Hall, in exchange for $5,700 in cash, sold a government undercover agent 60 counterfeit Joe DiMaggio baseballs, ten counterfeit Babe Ruth cuts and ten pieces of currency (also containing forgeries of Babe Ruth's signature).

61. On or about December 4, 1998, in Del Mar, California, Jon Hall sold a government undercover agent four photographs of Mickey Mantle and Roger Maris, four photographs of DiMaggio, Mantle and Williams and five bats -- all containing signatures forged by Greg Marino.

1    62. On or about December 6, 1998, in San Clemente,
2    California, Michael Moses arranged to sell several hundred
3    additional pieces of counterfeit memorabilia to a government
4    undercover agent, including a large number of items allegedly
5    signed by Mark McGwire and Sammy Sosa (and baseball bats
6    purportedly signed by all three triple crown winners -- Carl
7    Yastremski, Ted Williams and Frank Robinson -- and one purportedly
8    signed by members of the 3,000 hit club).

9    63. On or about December 18, 1998, in Del Mar, California,
10   Jon Hall agreed to sell a government undercover agent: (1) ten
11   Babe Ruth cut signatures; (2) ten Elvis Presley cut signatures;
12   (3) ten Marilyn Monroe cut signatures; (4) five Bruce Lee cut
13   signatures; (5) five John Wayne cut signatures; and (6) one signed
14   Beatles photograph.

15   64. On or about January 9, 1999, in San Juan Capistrano,
16   California, Richard Laughlin called Wayne Bray to discuss picking
17   up one of his orders of counterfeit memorabilia.

18   65. On or about January 11, 1999, in Long Beach, California,
19   Lowell Katz called Wayne Bray, in San Marcos, California, to
20   complain that Bray had forgotten to have DiMaggio's signature
21   forged on 12 of the 144 DiMaggio baseballs which he had recently
22   been sent.

23   66. On or about January 18, 1999, in San Juan Capistrano,
24   Richard Laughlin called Wayne Bray to discuss the fraudulent
25   certification of counterfeit memorabilia.

26

27

28                                    30

67. On or about January 19, 1999, in Escondido, California, Richard Weimer attempted to purchase a counterfeit Babe Ruth baseball from Wayne Bray. Bray told Weimer that he had a beautiful Babe Ruth ball that he would sell Weimer for $1,300 (Bray added that the ball was worth $6,000). Weimer then inquired whether Bray could add Lou Gehrig's signature to the Babe Ruth ball.

68. On or about January 25, 1999, in San Marcos, California, Richard Laughlin picked up a prior order of counterfeit memorabilia from Wayne Bray. At that time, Laughlin informed Bray that he was looking for an old Lou Gehrig newspaper comic that he could give to Bray so that Lou Gehrig's signature could be forged thereon.

69. On or about January 25, 1999, in Vista, California, Richard Laughlin left an order of counterfeit memorabilia with James DiMaggio in order to have it certified as genuine.

70. On or about January 26, 1999, in San Clemente, California, Richard Yeager dropped off blank memorabilia at Rino Ruberti's residence (so that Ruberti could have forged signatures placed thereon).

71. On or about January 26, 1999, in Oceanside, California, Rino Ruberti transferred the blank memorabilia delivered by Richard Yeager into John Marino's Jeep Grand Cherokee which was parked in a vacant lot.

72. On or about January 26, 1999, in San Marcos, California, Wayne Bray called John Marino. In this call, Bray told John Marino not to worry about the Marinos selling to other individuals as

Bray did not want to affect the Marinos' ability to make a living. John Marino then responded that everybody knew Bray was the "Godfather of [the] memorabilia business."

73. On or about January 28, 1999, in Del Mar, California, Jon Hall admitted that he was going to order some Mitchell & Ness replica jerseys and have the signatures of deceased ball players placed thereon.

74. On or about February 3, 1999, in Del Mar, California, Carmen Lombardo offered to sell a government undercover agent 25 counterfeit Michael Jordan photographs and one counterfeit Michael Jordan basketball for $605.

75. On or about February 5, 1999, in Oceanside, California, Michael Bowler sold four dozen counterfeit Mark McGwire baseballs (forged by Greg Marino) to a government undercover agent for $2,400 in cash.

76. On or about February 10, 1999, in Escondido, California, Kathleen Marino told Wayne Bray that the Marinos' "black book" was missing. Bray told Kathleen Marino that he had a 7,000 page back-up -- that contained authentic signatures of thousands of athletes and celebrities.

77. On or about February 10, 1999, in Escondido, California, John Marino told Greg Marino that they found the black book in the garage. Prior to concluding the conversation, the brothers discussed a particular signature -- and John commented that the "B" looked like an "S", but that the signature "passes."

78. On or about February 10, 1999, in Escondido, California, Kathleen Marino told Phil Scheinman of Smokey's Sportscards, 3734 Las Vegas Blvd., Las Vegas, Nevada, to send the $4,000 check to Gloria Marino.

79. On or about February 10, 1999, in Long Beach, California, Lowell Katz called Wayne Bray, in San Marcos, California, and inquired about obtaining some Ty Cobb and Lou Gehrig counterfeit cuts.

80. On or about February 11, 1999, in Long Beach, California, Lowell Katz called Wayne Bray, in San Marcos, California, and discussed with him methods of producing fraudulent certificates of authenticity.

81. On or about February 11, 1999, in Escondido, California, John Marino received a call from Barry Delit, one of the Marinos' customers in Pottstown, Pennsylvania. In this conversation, Delit ordered five or ten Beatles 8 x 10s, two DiMaggio baseballs, two Ted Williams bats, and a variety of cuts. During this call, Delit noted that the names on some of the cuts were good, but some of them were just bad. In particular, he stated that the first Einsteins were bad, but the second Einsteins were good.

82. On or about February 11, 1999, in Del Mar, California, Carmen Lombardo confirmed an order with a government undercover agent for two dozen counterfeit Mark McGwire baseballs at a cost of $55 per ball.

1     83. On or about February 12, 1999, in Escondido, California,

2 Nathan Harrison picked up a large order of counterfeit memorabilia

3 from Greg Marino.

4     84. On or about February 12, 1999, in Del Mar, California,

5 Jon Hall agreed to sell a government undercover agent two Ted

6 Williams, two Mickey Mantle and two Joe DiMaggio replica jerseys.

7     85. On or about February 16, 1999, in Escondido, California,

8 Michael Tapales obtained (at the AM/PM Mini-Mart off I-15)

9 numerous items of counterfeit memorabilia from John Marino that

10 included: (1) five 500 Home Run bats; (2) one 1998 all star bat;

11 (3) one New York Yankee's "greats" bat; and (4) one New York 1998

12 team bat.

13     86. On or about February 16, 1999, in Escondido, California,

14 John Marino instructed Michael Tapales that he would have to deal

15 directly with Wayne Bray if he wanted certificates of authenticity

16 for the counterfeit 500 Home Run bats.

17     87. On or about February 16, 1999, in Escondido, California,

18 Michael Tapales, called Wayne Bray from a pay phone located in the

19 Southeast corner of the AM/PM parking lot. During this call,

20 Tapales left a message indicating that he was interested in

21 finding out the prices for authentications.

22     88. On or about February 17, 1999, in San Marcos,

23 California, Wayne Bray supplied Michael Tapales with certificates

24 that fraudulently authenticated the counterfeit 500 Home Run bats

25 forged by the Marinos.

26

27

28                                  34

89. On or about February 17, 1999, in San Marcos, California, Nathan Harrison called Greg Marino and set up an appointment so that Marino could deliver an order of counterfeit memorabilia.

90. On or about February 18, 1999, in Escondido, California, Michael Tapales obtained (at the AM/PM Mini-Mart off I-15) numerous items of counterfeit memorabilia from John Marino that included: (1) ten Babe Ruth cuts; (2) three Thurman Munson baseballs; (3) three Joe DiMaggio/Mickey Mantle/Ted Williams baseballs; (4) two Mickey Mantle/Roger Maris baseballs; (5) one Triple Crown baseball; (6) one Cy Young cut; (7) one Walter Johnson cut; (8) two Elvis Presley cuts; (9) one Marilyn Monroe cut; and (10) two John Wayne cuts.

91. On or about February 18, 1999, in Escondido, California, John Marino received a call from his brother, Greg Marino. In this conversation, John told Greg that he was having trouble "dipping" [the process of shellacking old baseballs which was the way that signatures were preserved in the past].

92. On or about February 18, 1999, in Escondido, California, John Marino called his mother, Gloria Marino. In this conversation, John told his mother that he had done [dipped] five balls, but none of them looked good. John said that he would send two balls and see which one they liked better. He then added that Sissy was touching the balls and knocking them over -- and they were bad enough already.

93. On or about February 18, 1999, in San Marcos, California, Wayne Bray received a phone call from Jack Morgenstern. In this conversation, Morgenstern called to discuss a prior order of five counterfeit baseballs purporting to be signed by either Roberto Clemente or Jackie Robinson. Morgenstern informed Bray that one of the "bad" baseballs had been returned by Morgenstern's customer. Morgenstern implied that his customer had discovered that Clemente's signature was placed on a ball manufactured after Clemente's death.

94. On or about February 19, 1999, in San Diego, California, Jack Morgenstern discussed the problems he had with these five counterfeit balls with a government undercover agent. Among other things, Morgenstern told the agent that the Marinos were responsible for forging the signatures on the balls. Morgenstern also confirmed that the balls were purchased through Michael Bowler with certificates from J. DiMaggio Company.

95. On or about February 20, 1999, in San Diego, California, Jack Morgenstern stated that he returned the five balls to Michael Bowler. Thereafter, Michael Bowler sold the five counterfeit baseballs (containing the forged signatures of Roberto Clemente and Jackie Robinson) to a government undercover agent for approximately $1,750.

96. On or about February 23, 1999, in Oceanside, California, Rino Ruberti transferred numerous boxes of memorabilia from his Astro van into John Marino's Jeep Grand Cherokee.

97.  On or about February 24, 1999, in San Juan Capistrano, Richard Laughlin called Wayne Bray and inquired as to his source for obtaining blank photographs -- that could later have signatures forged thereon.

98.  On or about February 25, 1999, in Oceanside, California, Rino Ruberti transferred numerous boxes of blank memorabilia from his Astro van into John Marino's Jeep Grand Cherokee.

99.  On or about February 25, 1999, in Escondido, California, John Marino delivered the blank memorabilia to Greg Marino at the Marino family residence.

100. On or about February 25, 1999, in Escondido, California, Greg Marino forged celebrity signatures on the memorabilia that was delivered by John Marino.

101. On or about February 25, 1999, in San Marcos, California, John and Gloria Marino delivered the memorabilia (now containing forged signatures) to Rino Ruberti in the parking lot of a Petco store.

102. On or about February 25, 1999, in Escondido, California, Angelo Marino told John Marino that the lithos were in a box, and easy to look through and sign.

103. On or about February 25, 1999, John and Gloria Marino left the Marino family residence located at 2422 Smokewood Place, Escondido, California in a white Cadillac.  They drove to an abandoned gas station at 1227 Vista Way, Vista, California.  At this location, they met Rino Ruberti who was driving his Astro

van. At the abandoned gas station they exchanged boxes and bags containing sports memorabilia with Ruberti.

104. On or about February 25, 1999, in Escondido, California, Gloria Marino told Angelo Marino that Jerry Rice's signature was signed on the wrong side of the ball.

105. On or about February 25, 1999, in San Marcos, California, Lowell Katz requested that Wayne Bray certify a poor quality counterfeit Joe DiMaggio bat that he was sending to one of his customers.

106. On or about February 28, 1999, in Oceanside, California, Michael Bowler called John Marino and discussed whether Bowler was making a lot of money selling counterfeit memorabilia over the Internet.

107. On or about March 1, 1999, in Oceanside, California, Michael Bowler called John Marino and discussed the need to be very careful when selling counterfeit items over the Internet.

108. On or about March 1, 1999, in Escondido, California, Greg Marino called Wayne Bray. In the call, Bray indicated that he wanted to talk with the Marinos about a government investigation into fraudulent sports memorabilia being offered for sale over the Internet.

109. On or about March 1, 1999, in Escondido, California, John Marino called his brother to discuss the possible government investigation into their counterfeiting activities. John and Greg Marino then discussed problems and Greg noted that [James] DiMaggio would authenticate anything when he needed money. Greg

also stated that they should have never let DiMaggio in -- and that was a "big, stupid thing by Wayne." In this same conversation, John and Greg Marino also agreed that the authorities were most likely "not gonna look at the guy who's sellin' 'em or doin' 'em [counterfeits]. It's the guy authenticatin' 'em" that was most likely to be the focus of law enforcement efforts. The two brothers then asserted that the authenticators were the true crooks "'cause everybody authenticates shit."

110. On or about March 2, 1999, in Escondido, California, John Marino called Greg Marino. In this conversation, Greg discussed with John the need to have an "Appalachia" meeting. Greg also told John that they were "going out Appalachia." According to Greg, Appalachia referred to a meeting in which all the Mafia bosses from all over the world traveled to one place in upstate New York [where they could discuss business]. It was during this meeting, Greg explained, that the FBI discovered the existence of the Mafia.

111. On or about March 2, 1999, in Escondido, California, John Marino called Greg Marino and discussed making a list of all the people with whom they were dealing so that they could see how everybody felt about their "guys" at the Appalachia meeting. Greg also told John that they needed to have Rino [Ruberti] at the meeting because he was their main connection to L.A. In addition, they also noted that they had to discuss the need to "tighten up"

how they did business over the phone. In particular, they agreed to automatically hang up when someone messes up.

112. On or about March 3, 1999, in Escondido, California, Richard Laughlin dropped off numerous items of blank memorabilia at the Marino family residence.

113. On or about March 4, 1999, in Escondido, California, Greg Marino called John Marino and indicated that he was working on Wayne [Bray's] order before working on Rino [Ruberti's] order. Greg stated that Gloria [Marino] would prep the order and that he [John Marino] should help.

114. On or about March 4, 1999, in Oceanside, California, Michael Bowler showed a government undercover agent his inventory of counterfeit memorabilia.

115. On or about March 5, 1999, in Vista, California, Richard Mitchell called Greg Marino to verify that the Appalachia meeting was going to be held at Coco's restaurant in Oceanside. Mitchell also stated that he had six pieces. Greg responded that they should not discuss business over the phone anymore.

116. On or about March 5, 1999, in Oceanside, California, Wayne Bray, Greg Marino, John Marino, Rino Ruberti, Richard Mitchell and Nathan Harrison met at Coco's restaurant. During this meeting, the conspirators agreed to take a 30-day break due to concerns regarding detection by law enforcement. They also agreed to get a lawyer -- so that if anyone was contacted the lawyer would make sure that nobody would talk [to the authorities].

117. On or about March 5, 1999, in Oceanside, California, John and Greg Marino called Angelo Marino to tell him about the Appalachia meeting. They stated that the meeting went well, but that they might have been surveilled.

118. On or about March 6, 1999, in Escondido, California, Gloria Marino requested that Greg Marino bring his pens when he came over.

119. On or about March 7, 1999, in San Juan Capistrano, California, Richard Laughlin called John Marino to find out if his order of memorabilia was finished.

120. On or about March 8, 1999, in Oceanside, California, Michael Moses delivered to a government undercover agent an order of counterfeit memorabilia that included the five 500 Home Run bats that had been counterfeited by Greg Marino and authenticated by Wayne Bray.

121. On or about March 8, 1999, in Del Mar, California, Jon Hall discussed selling two counterfeit Babe Ruth baseballs to a government undercover agent.

122. On or about March 9, 1999, in Del Mar, California, Jon Hall sold the counterfeit Babe Ruth baseballs to a government undercover agent for $900 each.

123. On or about March 9, 1999, in Del Mar, California, Jon Hall agreed to sell a government undercover agent two baseballs with Ronald Reagan's signature.

124. On or about March 9, 1999, in Escondido, California, John Marino told Richard Laughlin that he would try to complete

1  his order this morning. At that time, Marino also told Laughlin

2  that he was unable to handle any additional orders from Laughlin.

3  125. On or about March 10, 1999, in Escondido, California,

4  Richard Laughlin picked up his order of counterfeit memorabilia

5  (now containing forged signatures) from the Marinos.

6  126. On or about March 11, 1999, in Escondido, California,

7  Greg Marino informed John Marino that they would get to Wayne's

8  stuff, but Nate [Harrison] would have to wait.

9  127. On or about March 11, 1999, in Escondido, California,

10  Gloria Marino stated over the phone that the Marinos' garage was

11  full because they were preparing numerous Joe DiMaggio orders.

12  The other party then commented that everyone would just have to

13  believe that DiMaggio signed all those things before he died, to

14  which, Gloria Marino replied that the other person should shut her

15  mouth on the phone. The other party retorted that they were not

16  talking on a cellular phone and she was getting nauseous of

17  everyone talking in code all the time. Prior to concluding the

18  conversation, Gloria Marino discussed building the Marinos' new

19  house with $100,000 in cash that she had secreted in the house.

20  128. On or about April 6, 1999, in Del Mar, California, Jon

21  Hall obtained fraudulent certificates of authenticity for the

22  counterfeit Ronald Reagan baseballs from Rino Ruberti.

23  129. On or about April 8, 1999, in Oceanside, California,

24  Michael Bowler sold a government undercover agent an assortment of

25  counterfeit memorabilia (produced by Greg Marino) for $3,750 in

26  cash.

27

130. On or about April 12, 1999, in Oceanside, California, Jon Hall sold the counterfeit Ronald Reagan baseballs (along with the fraudulent certificates of authenticity) to a government undercover agent for approximately $75 a piece.

131. On or about April 14, 1999, in Laguna Niguel, California, Robyn Moses assisted Michael Moses in delivering hundreds of items of counterfeit memorabilia to a government undercover agent.

132. On or about April 18, 1999, in Escondido, California, Gloria Marino told Greg Marino that John had everything "prepped."

133. On or about April 20, 1999, in Escondido, California, Gloria Marino stated over the phone that Bray's order would have been finished, but they had to do something else for Rino Ruberti. Gloria Marino also indicated that she was making over $10,000 per week. The other party noted that Gloria was making money hand over fist.

134. On or about April 20, 1999, in Oceanside, California, Rino Ruberti gave John Marino numerous items of blank memorabilia and picked up numerous items of forged memorabilia.

135. On or about April 21, 1999, in Oceanside, California, Michael Bowler called John Marino and discussed the forging of signatures on celebrity photographs.

136. On or about April 21, 1999, in Escondido, California, Gloria Marino provided Wayne Bray with a new price list indicating that the Marinos were charging higher prices for athletes who had died [these athletes typically commanded higher prices in the

market place because they were not available to sign any more autographs].

137. On or about April 21, 1999, in Escondido, California, Gloria Marino called John Marino. In this conversation, Gloria told John that Wayne [Bray] was shocked at the price changes. Gloria went on to note that she explained to Bray how the team stuff was a lot of work and that if Stan [Fitzgerald] didn't want to pay these prices that was fine. Gloria Marino added that Bray thought it would be only $7 a ball (rather than $10). Bray also wanted to pay less for ball players who had only recently died. Gloria responded, "Yeah, but they're dead" and refused to charge less than $15. Gloria also noted that Rino [Ruberti] had been paying these prices all along.

138. On or about April 23, 1999, in Escondido, California, Gloria Marino received a call from Richard Weimer. In this conversation, Gloria Marino told Weimer she heard that Richard was complaining about the new prices. Weimer replied, "Why would I cry. I don't need 100, 200 Jerseys done. He [Bray] made a million dollars, I didn't make no million dollars . . . Who knows, he said he is going to pay me. I think he is going to up Stan $100 across the board." Gloria told Weimer that Stan probably made ten million dollars.

139. On or about April 23, 1999, in Escondido, California, Greg Marino told John Marino to bring the black book over, and indicated that he worked five hours yesterday for $3,000 (and that John would get 10%).

1    140. On or about April 24, 1999, in Escondido, California,
2    Gloria Marino told Greg Marino that Richard Laughlin could go to
3    a rival forger, Michael Lopez, if he was unsatisfied with their
4    work.

5    141. On or about April 28, 1999, in Orange, California, David
6    Tabb sold a government undercover agent numerous items of
7    counterfeit memorabilia for $3,600 in cash.

8    142. On or about April 29, 1999, in Oceanside, California,
9    Michael Bowler sold a government undercover agent 18 counterfeit
10   Joe DiMaggio photographs and one counterfeit Babe Ruth baseball
11   for $1,375.

12   143. On or about April 29, 1999, in Oceanside, California,
13   Michael Bowler admitted to a government undercover agent that he
14   does not report cash deals on his tax returns.

15   144. On or about April 30, 1999, in San Marcos, California,
16   Lowell Katz purchased from Wayne Bray 13 counterfeit cuts and 13
17   blank certificates of authenticity for $1,000.

18   145. On or about May 6, 1999, in Del Mar, California, Jon
19   Hall agreed to sell a government undercover agent five counterfeit
20   Mickey Mantle and Joe DiMaggio replica jerseys (made by Mitchell
21   & Ness), 20 Junior Seau photos, two Elvis Presley cuts, and two
22   more Ronald Reagan baseballs.

23   146. On or about May 7, 1999, in Oceanside, California,
24   Michael Bowler agreed to sell to a government undercover agent --
25   four counterfeit Babe Ruth cuts, four counterfeit Babe Ruth

26
27
28                                    45

autographed dollar bills, and counterfeit photographs of Marilyn Monroe, The Three Stooges and the Beatles.

147. On or about May 10, 1999, in Laguna Beach, California, Michael Moses accepted an order from a government undercover agent for approximately $1,100 worth of counterfeit memorabilia.

148. On or about May 18, 1999, in Escondido, California, Greg Marino was forging the signatures of various athletes on baseballs and basketballs. At the time, John Marino was assisting by preparing the items of memorabilia to be forged by his brother.

149. On or about May 18, 1999, in Escondido, California, Wayne Bray gave Gloria Marino $2,270 in exchange for forging signatures on: (1) two Hank Aaron jerseys (with all modern-era baseball players who hit 500 home runs); (2) eight Robyn Yount jerseys; (3) three George Brett jerseys; (4) 23 Mickey Mantle jerseys; (5) 22 Joe DiMaggio jerseys; (6) ten Ted Williams jerseys; (7) 44 Joe DiMaggio batting helmets; and (8) four NY Yankee batting helmets (with all current members of the Yankees World Championship squad).

150. On or about May 19, 1999, in San Marcos, California, Richard Weimer and Wayne Bray discussed how Weimer has to disguise a Babe Ruth forgery by sanding the Rawlings label off the ball.

151. On or about May 20, 1999, in San Marcos, California, Wayne Bray received a package bearing the return address: STM (973) 228-5257, Broadway Square, 759 Bloomfield Avenue, Suite 394, Caldwell, New Jersey. This package contained: three Hank Aaron Braves jerseys (with a note instructing Bray to add the signatures

46

of the other 500 home run club members to the Hank Aaron forgery on the jerseys); and eight Hank Aaron model bats (without signature).

152. On or about May 20, 1999, in Newport Coast, California, Michael Moses mailed an order (placed by a government undercover agent on May 10, 1999) of counterfeit memorabilia to Hawaii.

153. On or about May 25, 1999, in Rancho Bernardo, California, Richard Mitchell asked Wayne Bray to get him some counterfeit vintage baseballs for his customers in Las Vegas.

154. On or about May 25, 1999, in Escondido, California, Wayne Bray gave Gloria Marino three Hank Aaron jerseys and eight bats along with 125 unsigned photographs, 29 unsigned George Brett jerseys and a list of 48 cuts (previously requested by Stan Fitzgerald). When dropping off the items, Bray instructed Gloria to add the other members of the 500 home run club to the Hank Aaron bats and jerseys. Prior to leaving, Gloria Marino handed Bray a typed price list indicating how much the Marinos would charge for future forgeries.

155. On or about May 25, 1999, in San Marcos, California, Nathan Harrison discussed supplying Wayne Bray with some counterfeit Jimmy Hendrix cuts.

156. On or about May 27, 1999, in Escondido, California, Wayne Bray gave Gloria Marino $4,500 in exchange for the Marinos forging signatures on the items he dropped off two days previously.

157. On or about May 27, 1999, Wayne Bray, in San Marcos, California called Stan Fitzgerald in Caldwell, New Jersey. In the call, Fitzgerald hounded Bray for memorabilia and told him that he was getting 300 calls a day and had 20,000 customers [that needed their orders filled]. Fitzgerald also discussed a large order of signatures, including 40 Babe Ruth, 24 Lou Gehrig, 12 Roberto Clemente and ten Satchel Paige.

158. On or about May 28, 1999, in San Marcos, California, Wayne Bray shipped two packages to Stan Fitzgerald, (973) 228-5257, 14 Washburn Place, Caldwell, New Jersey. The packages contained many items that Fitzgerald had been pressuring Bray to deliver, including: (1) the eight Hank Aaron model bats (previously sent to Bray by Fitzgerald) which now contained forgeries of all the modern-era 500 home run hitters; (2) the three Hank Aaron Atlanta jerseys (previously sent to Bray by Fitzgerald) which now contained forgeries of all the modern-era 500 home run hitters; (3) the 29 George Brett jerseys (previously sent to Bray by Fitzgerald) which now contained forgeries of Brett's signature; and (4) 105 photographs of various athletes and celebrities (containing forged signatures). Also included in the May 28, 1999 shipment from San Marcos, California, was a photograph of Timothy Dalton (as James Bond) upon which the Marinos mistakenly forged Pierce Brosnan's signature. Along with the photograph was a note which stated:

> Stan, this is the kind of shit I have to deal with using Greg. I ate twelve Dalton photos plus the autographs cause the asshole signed Pierce Brosnans [sic] name on them. I continually get no refunds from them - they're

assholes - I already talked to you a little on the phone but I have a guy thats [sic] better than Greg at the Hollywood sigs. I start using him next week tell me what you think. I'll continue using them only for you to get you your vintage as well as Mantle - Joe - Ted - and other guys that only Greg does.

The note was signed WB.

159. On or about May 28, 1999, in Rancho Bernardo, California, Richard Mitchell ordered 100 blank SCAA certificates so that he could fraudulently authenticate counterfeit memorabilia.

160. On or about June 1999, Sheldon Jaffe sold counterfeit memorabilia through Bricol Enterprises, 334 East Lake Road, Palm Harbor, Florida.

161. On or about June 1, 1999, in Rancho Bernardo, California, Richard Mitchell offered to sell a counterfeit Babe Ruth bat for $6,000.

162. On or about June 1, 1999, in Orange, California, David Tabb directed a government undercover agent to utilize multiple checks when paying for an order of counterfeit memorabilia over $10,000 in order to avoid reporting the amount to the IRS.

163. On or June 1, 1999, in Tustin, California, Sheldon Jaffe discussed with Wayne Bray his fear that someone had alerted law enforcement to their illegal activity. Bray did not inform Jaffe that his fears were correct.

164. On or about June 2, 1999, in Escondido, California, Wayne Bray gave Greg Marino unsigned memorabilia that was part of an outstanding order from Stan Fitzgerald that encompassed, 32 jerseys, five baseball gloves, five vintage baseballs, six MASH

cast (partially signed) photographs, one blank cut and 196 pictures (including six pictures of Mickey Mantle, Roger Maris and Yogi Berra, 12 pictures of Roger Maris, 24 pictures of Joe DiMaggio and Ted Williams, 40 pictures of Ted Williams, 25 pictures of Derek Jeter, 12 pictures of Nolan Ryan, six pictures of Johnny Bench, six pictures of Rocky Marciano, six pictures of Jack Dempsey, 25 pictures of Frank Sinatra, 12 picture of Mel Gibson, six pictures of George Burns, five pictures of the Friends cast, five pictures of the Seinfeld cast, and six pictures of the Beatles).

165. On or about June 2, 1999, in Escondido, California, Greg Marino (while Wayne Bray was at the Marino residence) forged two Jimmie Foxx, one Babe Ruth, one Lou Gehrig and one Ty Cobb signature on the five vintage baseballs supplied by Bray. Marino also forged Larry Linville's signature to the six MASH cast photographs and Gary Cooper's signature on the blank cut.

166. On or about June 2, 1999, in Escondido, California, Wayne Bray also gave Greg Marino unsigned merchandise that was part of an outstanding order from Barry Goldberg which included ten Ted Williams jerseys, 22 Mickey Mantle jerseys, two Ted Williams gloves, two Mickey Mantle gloves and one Willie Mays glove.

167. On or about June 3, 1999, in Escondido, California, Wayne Bray picked up the remaining items that he had dropped off at the Marino residence the previous day. At that time, Gloria Marino gave Bray a receipt for Fitzgerald's order (drafted by John

Marino) and a receipt for Goldberg's order (drafted by Gloria).
In return for these items, Bray gave Gloria Marino $5,828 in cash.

168. On or about June 4, 1999, in San Marcos, California, Wayne Bray shipped three packages to Stan Fitzgerald in Caldwell, New Jersey. These packages contained a variety of celebrity memorabilia forged by Greg Marino, including photographs containing counterfeit signatures of Frank Sinatra, George Burns, the Beatles, Roger Maris, Mickey Mantle, Jack Dempsey, Rocky Marciano, Joe DiMaggio and Ted Williams.

169. On or about June 5, 1999, in Rancho Bernardo, California, Richard Mitchell ordered 20 dozen blank balls to take to Greg [Marino] for forging.

170. On or about June 6, 1999, in San Marcos, California, Wayne Bray called Stan Fitzgerald in Caldwell, New Jersey. During this call, Bray asked whether Fitzgerald had received his package. Fitzgerald replied, "Yeah. I read that note in there." Bray responded, "You did read the note?" Fitzgerald answered, "Uh huh." Bray then went on to discuss how "his friends" in L.A. made the same mistake with Dalton's photo [i.e., forging Pierce Brosnan's signature]. Prior to the end of the conversation, Fitzgerald and Bray discussed outstanding items and the recent price increase [by the Marinos].

171. On or about June 10, 1999, in San Marcos, California, Wayne Bray received a shipment from Stan Fitzgerald containing: (1) two Mickey Mantle jerseys bearing what purported to be his signature; (2) two Ted Williams jerseys bearing what purported to

be his signature; (3) SCAA certificates purporting to authenticate the signatures on the jerseys; and (4) 72 blank photographs of Mickey Mantle.

172. On or about June 11, 1999, in San Marcos, California, Richard Mitchell purchased from Wayne Bray 20 dozen blank balls and a counterfeit baseball containing a forgery of Jimmie Foxx' signature.

173. On or about June 11, 1999, in San Marcos, California, Richard Mitchell forged the signatures of Ted Williams, Roger Maris and Pamela Anderson onto photographs of these celebrities.

174. On or about June 15, 1999, in Escondido, California, Richard Mitchell had Greg Marino forge signatures on the 20 dozen blank baseballs he purchased from Bray.

175. On or about June 15, 1999, in Long Beach, California, Lowell Katz called Wayne Bray, in San Marcos, California, and ordered: (1) two counterfeit Lou Gehrig cuts; (2) two counterfeit Ty Cobb cuts; and (3) two counterfeit Jimmy Hendrix cuts.

176. On or about June 16, 1999, in Escondido, California, John Marino gave Richard Weimer $42,000 in cash and instructed him to purchase cashier's checks. Marino told Weimer that they wanted to purchase a boat, but did not want to be associated with the cash.

177. On or about June 16, 1999, in San Marcos, California, Nathan Harrison stated to Wayne Bray that he was trying to lay low in order to avoid detection by law enforcement.

1    178. On or about June 18, 1999, in San Marcos, California,
2    Wayne Bray delivered a large assortment of blank memorabilia (as
3    part of orders from Fitzgerald and Goldberg) to the Marino
4    residence at 2422 Smokewood Place. The memorabilia included: (1)
5    24 Hank Aaron model bats; (2) 24 Ted Williams models bats; (3) 11
6    Mickey Mantle model bats; (4) 25 of the 72 unsigned Mickey Mantle
7    photographs previously sent to Bray by Stan Fitzgerald; and (5)
8    the two Mantle and two Williams signed jerseys (lacking the
9    signatures of the other members of the 500 home run club) supplied
10   by Fitzgerald.

11   179. On or about June 21, 1999, in Caldwell, New Jersey, Stan
12   Fitzgerald sent Wayne Bray, in San Marcos, California, five signed
13   Batman and Robin photographs (purporting to be signed by George
14   Clooney and Chris O'Donnell) along with a note instructing Bray
15   that O'Donnell was spelled with two l's, not one.

16   180. On or about June 21, 1999, in Caldwell, New Jersey, Stan
17   Fitzgerald sent Wayne Bray, in San Marcos, California, three
18   signed photographs of Jennifer Capriati (with certificates of
19   authenticity from J. DiMaggio Company) along with a note from
20   Fitzgerald informing Bray that the signature was wrong, because
21   the photograph was really of Martina Hingis.

22   181. On or about June 21, 1999, in Rancho Bernardo,
23   California, Richard Mitchell ordered ten dozen blank baseballs,
24   plus five dozen 1998 World Series baseballs from Wayne Bray.

25
26
27

28                                53

1    182. On or about June 22, 1999, in San Marcos, California,

2    Richard Weimer purchased 66 blank certificates of authenticity

3    from Wayne Bray.

4    183. On or about June 22, 1999, in Escondido, California,

5    Wayne Bray picked up and paid for some of the memorabilia that he

6    had dropped off with the Marinos on the 18th. In return, Gloria

7    Marino gave Bray a written receipt.

8    184. On or about June 23, 1999, in San Marcos, California,

9    Wayne Bray opened a UPS shipment from Stan Fitzgerald in Caldwell,

10    New Jersey. The shipment contained approximately 248 unsigned

11    photographs, including: (1) 25 Frank Sinatra; (2) 12 Jerry Garcia;

12    (3) 12 Bonanza cast; (4) 12 Goodfellas cast; (5) 12 Marlon Brando;

13    and (6) 101 Derek Jeter.

14    185. On or about June 23, 1999, in Del Mar, California, Jon

15    Hall shipped two Ted Williams jerseys and counterfeit cuts of

16    Harry Truman, Woodrow Wilson, Teddy Roosevelt, Abraham Lincoln,

17    Thomas Jefferson, and George Washington to a government undercover

18    agent in Hawaii.

19    186. On or about June 24, 1999, in San Marcos, California,

20    Wayne Bray shipped three boxes for Stan Fitzgerald, (973) 228-

21    5257, 14 Washburn Place, Caldwell, New Jersey. These boxes

22    contained a three page invoice charging Fitzgerald $23,929 for a

23    variety of forgeries placed on memorabilia previously sent by

24    Fitzgerald to Bray, including two Mickey Mantle and two Ted

25    Williams jerseys (which now contained forgeries of all the modern-

26    era members of the 500 home run club), 25 of the 72 Mickey Mantle

27

28    54

photographs (which now contained forgeries of Mantle's signature),
six of the 12 Jerry Garcia photographs (which now contained
forgeries of Garcia's signature), and six of the 12 Bonanza cast
photographs (which now contained forgeries of the signatures of
Lorne Greene, Dan Blocker, Michael Landon, and Pernell Roberts).

187. On or about June 24, 1999, in Long Beach, California,
Lowell Katz called Wayne Bray, in San Marcos, California, and
added two counterfeit Babe Ruth cuts to an outstanding order.

188. On or about June 25, 1999, in Long Beach, California,
Lowell Katz received from Wayne Bray a UPS shipment containing:
(1) two Babe Ruth cuts; (2) two Ty Cobb cuts; (3) two Lou Gehrig
cuts; (4) two Jimmy Hendrix cuts; and (5) eight blank SCAA
certificates of authenticity.

189. On or about June 26, 1999, in San Marcos, California,
Richard Mitchell forged ten Babe Ruth and one Ty Cobb cut.

190. On or about June 28, 1999, in Long Beach, California,
Lowell Katz called Wayne Bray, in San Marcos, California, and told
Bray that he received the package. In addition, Katz ordered an
additional three dozen counterfeit DiMaggio balls, as well as,
three counterfeit DiMaggio bats.

191. On or about June 30, 1999, in Tustin, California,
Sheldon Jaffe called Wayne Bray and indicated that he was
interested in purchasing some vintage baseballs with forged
signatures of deceased baseball players.

192. On or about June 30, 1999, in Escondido, California,
Wayne Bray dropped off at the Marino residence, numerous unsigned

pieces of memorabilia, including 204 vintage baseballs and the numerous photographs sent to him by Stan Fitzgerald the previous week.

193. On or about June 30, 1999, in Escondido, California, Greg Marino forged (in Wayne Bray's presence) ten vintage baseballs. Prior to leaving the Marino residence, he was given some of the Mickey Mantle, Ted Williams and 500 Home Run Club bats that he had left with the Marinos on June 18, 1999.

194. On or about June 30, 1999, in Escondido, California, Gloria Marino instructed Wayne Bray to write three separate checks (two to Gloria Marino and one to Front Page Art) to pay for his most recent order.

195. On or about July 5, 1999, in Escondido, California, Wayne Bray picked up the 248 photographs and the 204 vintage balls (which now contained forged celebrity signatures) that he had dropped off on June 30, 1999. Once again, Gloria Marino gave Bray a receipt. The receipt indicated that they were charging $15.00 for all deceased celebrities (referred to as "Premium"), but only $7.00 for living celebrities (referred to as "Regular").

196. On or about July 5, 1999, in San Marcos, California, Rino Ruberti sold Wayne Bray five stolen Upper Deck special edition cards (which Ruberti admitted were stolen). Ruberti told Bray that he had over $100,000 worth of stolen Upper Deck merchandise.

197. On or about July 6, 1999, in San Clemente, California, Sheldon Jaffe: (1) purchased (for $1,800) from Wayne Bray a

counterfeit Ty Cobb cut and counterfeit baseballs signed by Mel Ott, Jimmie Foxx and Ty Cobb; (2) gave Bray four vintage baseballs with instructions to have them returned with the signatures of Ty Cobb, Jimmie Foxx and Mickey Mantle (all deceased ball players); and (3) ordered 14 additional counterfeit cuts (Lou Gehrig, Babe Ruth and Ty Cobb) and two more counterfeit balls signed by Foxx and Ruth.

198. On or about July 7, 1999, in Escondido, California, Greg Marino forged Cobb's, Foxx's, and Mantle's signature on the four vintage balls provided by Jaffe. Marino also forged Ruth's, Gehrig's and Cobb's signature on the 14 cuts.

199. On or about July 7, 1999, in San Marcos, California, Wayne Bray shipped to Sheldon Jaffe, via overnight mail, one counterfeit Babe Ruth baseball that had been previously forged by Greg Marino.

200. On or about July 7, 1999, in Escondido, California, Wayne Bray, Kathleen Marino and Gloria Marino observed Greg Marino forge several vintage baseballs and several cuts, including two of Abraham Lincoln.

201. On or about July 7, 1999, Stan Fitzgerald, in Caldwell, New Jersey, sent a fax to Wayne Bray in San Marcos, California ordering 3,576 autographed baseballs (almost all of deceased players). The order, included 360 Roger Maris, 360 Roy Campanella, 240 Satchel Paige, 240 Thurman Munson, 240 Lefty Gomez and 180 Cool Papa Bell baseballs.

202. On or about July 7, 1999, Stan Fitzgerald, in Caldwell, New Jersey, sent a second fax to Wayne Bray in San Marcos, California, ordering over 1,000 autographed photos, including 100 John Lennon, 100 Mantle/Maris, 50 Jerry Garcia and 50 John Wayne.

203. On or about July 8, 1999, in San Marcos, California, Nathan Harrison told Wayne Bray he was low on money and was therefore going to start back selling counterfeit memorabilia.

204. On or about July 8, 1999, in Tustin, California, Sheldon Jaffe told Wayne Bray that the counterfeit Ruth he had just received from Bray was a "disaster."

205. On or about July 8, 1999, in Tustin California, Sheldon Jaffe told Bray that he should ship the rest of his order of counterfeit memorabilia directly to Don Frangipani so that he could provide him with certificates authenticating the forgeries as genuine.

206. On or about July 11, 1999, in Caldwell, New Jersey, Stan Fitzgerald sent Wayne Bray a fax in San Marcos, California. In the fax, Fitzgerald requested that Bray quickly send him 10,000 blank SCAA certificates of authenticity.

207. On or about July 12, 1999, in San Marcos, California, Wayne Bray received a package from Stan Fitzgerald that contained, among other things: (1) six blank NBA basketballs; (2) 50 Johnny Bench photographs (without autograph); (3) 36 "Rat Pack" photographs (without autograph); and (4) a Sandra Bullock photograph with a signature spelling Bullock with only one "l" (along with a note directing Bray to deduct the cost of the

Bullock photo because there are two l's in Bullock's name). The Sandra Bullock photograph also came with a certificate of authenticity (with Donna Fitzgerald's name) from Stan's Sports Memorabilia.

208. On or about July 12, 1999, in Rosemead, California, Michael Lopez stated that he was going to give Greg Marino a "run for his money" doing vintage forgeries. Lopez also admitted that he had perfected forgeries of Joe DiMaggio and Babe Ruth, but was still working on Mickey Mantle.

209. On or about July 13, 1999, in Del Mar, California, Jon Hall sold a government undercover agent a Joe DiMaggio bat containing a forgery of DiMaggio's signature and one counterfeit Jordan basketball.

210. On or about July 13, 1999, in Oceanside, California, Carmen Lombardo sold a government undercover agent 50 counterfeit Michael Jordan photographs and one counterfeit Michael Jordan jersey.

211. On or about July 13, 1999, in Orange, California, David Tabb instructed a government undercover agent to lie to State Investigators regarding counterfeit memorabilia.

212. On or about July 14, 1999, in Oceanside, California, Michael Bowler sold a government undercover agent several dozen counterfeit photographs, one counterfeit DiMaggio mini-bat, and eight counterfeit baseball caps.

213. On or about July 15, 1999, in San Marcos, California, Richard Laughlin met Wayne Bray at W.W. Sportscards and inquired

whether it was safe to talk in Bray's office. Bray indicated that it was no problem. That same day, Laughlin purchased 13 counterfeit photographs from Wayne Bray.

214. On or about July 15, 1999, in San Marcos, California, Rino Ruberti gave Wayne Bray six handwritten pages detailing the memorabilia that he had fraudulently authenticated utilizing Bray's SCAA certificates, including 15 counterfeit Babe Ruth cuts, two counterfeit Albert Einstein cuts, and eight baseballs with forgeries of Ronald Reagan's signature.

215. On or about July 15,1999, in San Marcos, California, Wayne Bray received a package (containing an $1,800 check) sent from Sheldon's Cards, 2046 Yaqi, Tustin, California.

216. On or about July 15, 1999, in San Marcos, California, Michael Lopez forged one Joe Montana cut, one Joe DiMaggio photograph, one Dan Marino on a Miami Dolphin jacket, 11 Dan Marino lithographs and five Joe Montana lithographs.

217. On or about July 21, 1999, in Newport Coast, California, Michael Moses mailed an order (placed by a government undercover agent on July 13, 1999) of counterfeit photographs to Oceanside, California. The order included: (1) 15 Joe DiMaggio; (2) 19 Sammy Sosa; (3) six Star Wars cast; (4) nine Sammy Sosa and Mark McGwire; (5) four Xena the Warrior Princess; (6) six Ted Williams; (7) three Walter Matthau and Jack Lemmon; and (8) five Catherine Zeta Jones.

218. On or about July 23, 1999, in Atlanta, Georgia, Forrest Golembeske discussed purchasing counterfeit baseballs (including

Babe Ruth, Ty Cobb, Christy Mathewson and Lou Gehrig) from Wayne Bray.

219. On or about July 26, 1999, in Newport Coast, California, Michael Moses admitted to a government undercover agent that his contact was having problems obtaining counterfeit vintage items.

220. On or about July 26, 1999, in San Marcos, California, Wayne Bray opened a UPS shipment from Stan's Sports Memorabilia that contained: (1) 60 baseballs with Joe DiMaggio's purported signature; (2) 12 Nolan Ryan model bats (without autographs); (3) a single blank John Lennon photograph; and (4) 20 blank moon shot photographs (with a hand written note stating that the individuals in the photo were Armstrog [sic], Aldren and Collins). The note also directed Bray to "upgrade the J.D. balls to J.D. + Mantle combo's."

221. On or about July 26, 1999, in San Marcos, California, Wayne Bray called Stan Fitzgerald at (973) 228-5257. During this call, Fitzgerald instructed Bray not to "even say the [Marinos] names on the phone."

222. On or about July 26, 1999, in San Marcos, California, Wayne Bray told Gloria Marino that he was thinking about switching Stan Fitzgerald's account to Rino Ruberti.

223. On or about July 27, 1999, in San Marcos, California, Wayne Bray told Stan Fitzgerald that he was going to "take care of" the Joe DiMaggio baseballs which he had just received from Fitzgerald.

61

224. On or about July 27, 1999, in Tustin, California, Sheldon Jaffe selected four unsigned vintage balls and directed Wayne Bray to have the balls forged with Babe Ruth's, Lou Gehrig's, Mel Ott's and Jimmie Foxx's signatures.

225. On or about July 27, 1999, in Rosemead, California, Michael Lopez admitted that he was in the counterfeiting business "way before a lot of other people" but had to lay "low because everybody was on [his] trail." He also stated that he was now "ready to fuck' play again" but that he doesn't want anyone to know or see him anymore. Lopez also admitted to selling over 2,500 counterfeit team helmets to the television networks for $750,000.

226. On or about July 28, 1999, in Escondido, California, Wayne Bray dropped off various items of memorabilia, including 60 Joe DiMaggio baseballs (with instructions for the Marinos that Fitzgerald wanted Mickey Mantle's signature added to the balls).

227. On or about July 28, 1999, in Escondido, California, Greg Marino (in the presence of Gloria and Kathleen Marino) forged 25 vintage baseballs, five vintage softballs, a pair of boxing gloves, and one vintage Babe Ruth photograph.

228. On or about July 29, 1999, in San Marcos, California, Michael Lopez forged signatures on a number of lithographs, including those of Michael Jordan and Joe Montana. He also instructed Wayne Bray that he wanted to be paid in cash for his counterfeits.

229. On or about July and August 1999, in Oceanside, California, Michael Bowler and Carmen Lombardo formed a company to fraudulently authenticate counterfeit memorabilia produced by the Marinos.

230. On or about July 30, 1999, in San Clemente, California, Rino Ruberti received 300 blank SCAA certificates, one SCAA authentication stamp, two blank Ty Cobb photographs and a note from Stan Fitzgerald (directing that the photos be matched up with cut autographs and sent to his framer).

231. On or about August 2, 1999, in San Marcos, California, Wayne Bray received a package from Stan Fitzgerald that contained 36 unautographed Hank Aaron jerseys (along with two copies of a note on Stan's Sports Memorabilia letterhead directing Bray to "authenticate" the 36 Hank Aaron 500 home run club jerseys).

232. On or about August 2, 1999, in Escondido, California, Wayne Bray dropped off blank memorabilia with the Marinos. In addition, Bray picked up the rest of the items that he had dropped off on July 28th. These items, including the 60 Joe DiMaggio baseballs which now also contained forgeries of Mickey Mantle's signature and the 12 Nolan Ryan model bats which now contained forgeries of Ryan's signature.

233. On or about August 2, 1999, in Escondido, California, Gloria Marino directed Wayne Bray to split the Marinos' payment up into two checks and $5,600 in cash totaling $10,570. At that same time, she also directed Bray not to sell counterfeit memorabilia directly to Michael Tapales.

234. On or about August 2, 1999, in Fullerton, California, Forrest Golembeske indicated that he was still interested in purchasing counterfeit vintage baseballs from Wayne Bray.

235. On or about August 3, 1999, in San Clemente, California, Wayne Bray received an order from Stan Fitzgerald that involved hundreds of cuts, including 12 James Deans, 15 Marilyn Monroes, six Martin Luther Kings, six George Gershwins, three Spencer Traceys, four Ernest Hemingways, ten Humphrey Bogarts, six Jackie Robinsons, ten Elvis Presleys, 15 John Lennons, ten Groucho Marxes, three Bruce Lees, ten Janis Joplins and 45 Babe Ruths.

236. On or about August 3, 1999, Rino Ruberti gave Wayne Bray nine handwritten pages detailing counterfeit memorabilia that he had fraudulently authenticated with Bray's SCAA certificates, including 21 photographs of Mother Theresa, ten photographs of Bill Clinton, 22 baseballs and photographs of Michael Landon, 20 photographs of Neil Armstrong, numerous individual photographs of Richard Nixon, Gerald Ford, Jimmy Carter, Ronald Reagan and George Bush, and three photographs containing all five living Presidents on one picture.

237. On or about August 3, 1999, in San Marcos, California, Michael Lopez forged three basketballs with the signatures of the entire Lakers basketball team, three basketballs with both Michael Jordan's and Larry Bird's signatures, four footballs with assorted quarterback signatures, and approximately 43 Joe Montana lithographs.

238. On or about August 3, 1999, in San Marcos, California, Michael Lopez assisted in shipping the six basketballs, four footballs and 43 lithographs to Hawaii. That same day, Lopez inquired whether Stan Fitzgerald would be interested in purchasing 100 fraudulent pro football jerseys for $180 a piece.

239. On or about August 4, 1999, in Rosemead, California, Michael Lopez stated that he had just picked up 40 Jordan jerseys.

240. On or about August 4, 1999, in San Clemente, California, Rino Ruberti discussed utilizing Michael Lopez, as an alternate supply of counterfeit memorabilia destined for Stan Fitzgerald.

241. On or about August 4, 1999, in San Clemente, California, Rino Ruberti received a fax of an order from Stan Fitzgerald that included 360 Roger Maris baseballs, 240 Satchel Paige baseballs, 240 Thurmon Munson baseballs, 50 John Wayne photographs, six Gilda Radner photographs and 25 Seinfeld cast photographs.

242. On or about August 5, 1999, in Las Vegas, Nevada, Richard Weimer sold a number of items of counterfeit memorabilia to Smokey's Sports Memorabilia.

243. On or about August 5, 1999, in Escondido, California, Rino Ruberti paid the Marinos $25,000 for filling his counterfeit memorabilia orders.

244. On or about August 6, 1999, in Fullerton, California, Forrest Golembeske inquired as to the price for a counterfeit Ty Cobb baseball. On that same date, Golembeske requested that Wayne Bray obtain counterfeit signatures on some vintage items that he possessed.

245. On or about August 6, 1999, in Long Beach, California, Lowell Katz ordered numerous items of counterfeit memorabilia from Nathan Harrison.

246. On or about August 6, 1999, in Rancho Bernardo, California, Richard Mitchell ordered a counterfeit baseball containing a forgery of Ty Cobb's signature, Mel Ott's and Jimmie Foxx's signatures.

247. On or about August 9, 1999, in Tustin, California, Sheldon Jaffe called Wayne Bray and ordered more counterfeit baseballs.

248. On or about August 9, 1999, in San Clemente, California, Rino Ruberti received a fax of an order from Stan Fitzgerald that included 50 photographs of Hillary Clinton and 24 photographs of Jackie Kennedy Onasis.

249. On or about August 9, 1999, in Fullerton, California, Forrest Golembeske sent to Wayne Bray a package containing several unsigned vintage items, including: (1) a 1937 magazine with Babe Ruth on the cover (without autograph); (2) a vintage baseball magazine with Ty Cobb on the cover (without autograph); and (3) a book on baseball written by George Herman "Babe" Ruth (without autograph).

250. On or about August 10, 1999, in Escondido, California, Richard Weimer ordered 75 blank certificates of authenticity from Wayne Bray.

1    251. On or about August 10, 1999, in Rosemead, California, Michael Lopez told Wayne Bray that he had already sold all of his recently purchased Michael Jordan jerseys.

252. On or about August 10, 1999, in Santa Ana, California, David Tabb in exchange for $3,000 shipped to a government undercover agent approximately 300 8x10 photographs with forged signatures, including 46 Tiger Woods, 44 Ken Griffey, Jr., 32 Mickey Mantle, 40 Cal Ripkin, Jr., 34 Michael Jordan, and 24 Tony Gwynn.

253. On or about August 11, 1999, in San Marcos, California, Richard Weimer shipped Jackie Robinson and Babe Ruth counterfeit baseballs to a customer in Illinois.

254. On or about August 11, 1999, in Fullerton, California, Forrest Golembeske received one vintage baseball with a forgery of Ty Cobb's signature (along with a note telling Golembeske that Bray was working on the other stuff).

255. On or about August 12, 1999, in Escondido, California, Greg Marino forged Ty Cobb's and Babe Ruth's signatures on the unsigned items sent to Bray by Golembeske.

256. On or about August 12, 1999, in Escondido, California, Greg Marino (in the presence of Wayne Bray and John Marino) forged two Babe Ruth signatures and one Ty Cobb signature.

257. On or about August 13, 1999, in Long Beach, California, Lowell Katz called Wayne Bray, in San Marcos, California, and discussed purchasing some additional counterfeit cuts.

258. On or about August 15, 1999, in Fullerton, California, Forrest Golembeske received a UPS shipment from Wayne Bray which included: (1) the 1937 magazine with Babe Ruth on the cover (which now contained a forgery of Babe Ruth's signature); (2) the vintage baseball magazine with Ty Cobb on the cover (which now contained a forgery of Ty Cobb's signature); and (3) the book on baseball written by George Herman "Babe" Ruth (which now contained a forgery of Babe Ruth's signature).

259. On or about August 16, 1999, in Fullerton, California, Forrest Golembeske sent a $900 check to Wayne Bray in payment for the counterfeit memorabilia.

260. On or about August 17, 1999, in Fullerton, California, Forrest Golembeske indicated that he was happy with the counterfeit memorabilia that was sent to him by Bray.

261. On or about August 17, 1999, in Tustin, California, Sheldon Jaffe spoke with Wayne Bray and told him that Frangipani had authenticated as genuine the counterfeit baseballs that were forged by Greg Marino.

262. On or about August 19, 1999, in San Marcos, California, Nathan Harrison stored hundreds of forged items of memorabilia, including numerous counterfeit cuts, jerseys, helmets, baseballs and bats.

263. On or about August 20, 1999, in San Clemente, California, Rino Ruberti shipped to Stan Fitzgerald approximately several hundred thousand dollars worth of counterfeit memorabilia.

264. On or about August 20, 1999, in Tustin, California, Sheldon Jaffe requested that Wayne Bray send him a vintage baseball bearing Greg Marino's forgery of Mel Ott's signature.

265. On or about September 2, 1999, Stan Fitzgerald left a voice mail for Wayne Bray in San Marcos, California, in which he stated that he had done $200,000 in business with Rino Ruberti during the last month.

266. On or about September 3, 1999, in Newport Coast, California, Michael Moses told a government undercover agent that two of his customers were each ordering $12,000 in counterfeit memorabilia per week.

267. On or about September 19, 1999, in Caldwell, New Jersey, Stan Fitzgerald stated that he had purchased approximately $289,000 [in counterfeit memorabilia] from Rino [Ruberti] during the last couple of weeks.

268. On or about September 20, 1999, in Tustin, California, Sheldon Jaffe told Wayne Bray that he would pay him the additional $1,890 that he still owed him for the counterfeit memorabilia he had purchased.

269. On or about September 21, 1999, in Rancho Bernardo, California, Richard Mitchell ordered 100 blank SCAA certificates of authenticity from Wayne Bray.

270. On or about September 21, 1999, in Escondido, California, Nathan Harrison picked up an order of counterfeit memorabilia from the Marino family residence.

271. On or about September 21, 1999, in La Jolla, California, Bruce Gaston was distributing counterfeit memorabilia (including Mantle and DiMaggio Mitchell & Ness replica jerseys) containing Greg Marino forgeries.

272. On or about September 22, 1999, in La Jolla, California, Bruce Gaston ordered a vintage baseball with a counterfeit signature of Mel Ott from Wayne Bray.

273. On or about September 24, 1999, in La Jolla, California, Bruce Gaston received a UPS package containing the counterfeit Mel Ott ball.

274. On or about September 24, 1999, in San Marcos, California, Wayne Bray faxed a bill to Sheldon Jaffe's residence in Tustin, California.

275. On or about September 27, 1999, in Orange, California, David Tabb agreed to sell to a government undercover agent numerous items of counterfeit memorabilia for $5,000.

276. On or about September 27, 1999, in San Marcos, California, Richard Laughlin told Wayne Bray that the Marinos did not respect him anymore and were treating him poorly.

277. On or about September 29, 1999, in San Juan Capistrano, California, Richard Laughlin was offering for sale numerous items of counterfeit memorabilia, including various Mark McGwire, Sammy Sosa, Michael Jordan (non Upper Deck), Mickey Mantle and the Beatles autographs.

278. On or about September 29, 1999, in Laguna Niguel, California, Michael Moses delivered numerous items of counterfeit

70

memorabilia to a government undercover agent, including Mark McGwire mini-helmets and bats, Tony Gwynn bats, Michael Jordan Basketballs (non Upper Deck) and Mickey Mantle photos.

279. On or about September 30, 1999, in Del Mar, California, Carmen Lombardo sold a government undercover agent numerous items of counterfeit memorabilia.

280. On or about October 1, 1999, in La Jolla, California, Bruce Gaston dried the signature on the counterfeit Mel Ott ball to disguise the fact that it was a forgery.

281. On or about October 8, 1999, in La Jolla, California, Bruce Gaston listed the counterfeit Mel Ott ball for sale on the Internet.

282. On or about October 8, 1999, in Escondido, California, Greg Marino forged vintage baseballs for Wayne Bray.

283. On or about November 19, 1999, in Orange, California, Anthony Marino purchased numerous items of counterfeit memorabilia from Barry Goldberg for approximately $5,500. These items had been forged by Robert Waldon and included footballs, mini-helmets, full sized helmets, and jerseys (e.g., Brett Favre, John Elway, Dan Marino, Wayne Gretzky).

284. On or about November 19, 1999, in Orange, California, Anthony Marino agreed to pay Robert Waldon between $400 and $500 an hour to forge signatures on blank memorabilia.

285. Between December 1999 and February 28, 2000, in Orange, California, Anthony Marino purchased numerous items of counterfeit memorabilia from Robert Waldon.

1   286. On or about February 28, 2000, in San Marcos,

2 California, Anthony Marino purchased from Nathan Harrison hundreds

3 of items of counterfeit memorabilia (including numerous Joe

4 DiMaggio jerseys) for $25,000.

5   287. On or about February 28, 2000, in San Marcos,

6 California, Anthony Marino arranged to purchase a counterfeit Babe

7 Ruth baseball from a government undercover agent.

8 All in violation of Title 18, United States Code, Section 371.

9           Count 2

10   1. Paragraphs 1 through 29 of the Introductory Allegations

11 are hereby realleged and incorporated by reference as if set forth

12 in full herein.

13   2. On or about April 15, 1999, within the Southern District

14 of California, defendant NATHAN WILLIAM HARRISON did willfully

15 attempt to evade and defeat his lawful income tax due and owing

16 for 1998, by failing to sign and file with the IRS, a U.S.

17 Individual Income Tax Return (1998 Form 1040) declaring $218,050

18 in income and a tax due and owing thereon of $66,956; all in

19 violation of Title 26, United States Code, Section 7201.

20

21 DATED: 4/11/00 .

22        GREGORY A. VEGA

23        United States Attorney

24

25        PHILLIP L. B. HALPERN

         Assistant U.S. Attorney

26

27

28          72