















KSR    3/29/02    13:35

3:00-CR-03069   USA V. HARRISON

*13*

*CRMEMSUP.*

**FILED**

MAR 29 2002

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  JAMI L. FERRARA
   Attorney at Law
2  California State Bar No. 189109
   964 Fifth Avenue, Suite 214
3  San Diego, California  92101
   Telephone: (619) 239-4344
4  Facsimile:  (619) 544-1429

5  Attorney for Nathan William Harrison

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10          (HONORABLE BARRY TED MOSKOWITZ)

11  UNITED STATES OF AMERICA,          )    Case No. 00CR3069-BTM
                                       )
12          Plaintiff,                 )
                                       )
13  v.                                 )
                                       )    STATEMENT OF FACTS
14  NATHAN WILLIAM HARRISON,           )    AND MEMORANDUM OF POINTS
                                       )    AND AUTHORITIES IN SUPPORT
15          Defendant.                 )    OF DEFENDANT'S MOTION
                                       )

17                        I.

18              **STATEMENT OF FACTS**

19          On August 10, 2001, this Court sentenced Nathan William Harrison to six months in

20  custody and two years of supervised release.  As a condition of supervised release, Mr. Harrison

21  was ordered to reside in a community confinement center (CCC) for the first 180 days of his release

22  from custody.  Mr. Harrison is scheduled to be released from custody on April 10, 2002.

23          On October 12, 2001, Mr. Harrison surrendered to FPC Nellis in North Las Vegas

24  for service of his sentence.  Five days after arriving at FPC Nellis, however, Mr. Harrison was

25  moved to the North Las Vegas Detention Center (NLVDC).  Mr. Harrison was moved to NLVDC for

26  his own protection, as two men charged in related cases to his, Greg and Anthony Marino, were

27  also at FPC Nellis and had spread rumors throughout the inmate population that Mr. Harrison was

28  a "snitch."

1       Upon his transfer to NLVDC, Mr. Harrison was put into "Administrative Segregation,"

2 where he was confined to a cell, by himself, for all but one hour each day. Although this housing

3 was ostensibly for his welfare, it was, in reality, an unduly harsh punishment for someone who had

4 not done anything wrong. The men who had started the rumors, Greg and Anthony Marino (cases

5 00CR1126-BTM and 00CR1130-BTM, respectively), were not punished and were allowed to stay

6 at FPC Nellis, despite their wrongdoings.

7       The differences between Mr. Harrison's intended location, FPC Nellis, and NLVDC

8 were stark. FPC Nellis is a minimum security prison camp. The inmates at FPC Nellis serve as

9 an auxiliary work force for Nellis Air Force Base. FPC Nellis offers GED, ESL, adult education and

10 correspondence courses through Southern Nevada Community College. There are also

11 apprenticeship programs for dental assistants and housing maintenance technicians. There is a

12 library that is open daily and a recreation department which includes team sports, weight machines

13 and stair climbers. Also available are drug education programs and religious counseling. Inmates

14 are housed in air-conditioned dormitories consisting of four-man cubicles and open-bay dormitories

15 that house eight to thirty inmates.[1]

16       NLVDC, in contrast, housed fifty-six inmates in dormitories smaller than a basketball

17 court. No locks were provided for inmates, resulting in widespread theft and destruction of personal

18 property. Commissary items at NLVDC were roughly double the cost of similar items at FPC Nellis.

19 Phone privileges were limited and Mr. Harrison was denied family visitation for the entire time he

20 was in custody at NLVDC.

21       Mr. Harrison remained in "Administrative Segregation" for twenty-two days before he

22 was transferred to general population. Approximately two months later, Mr. Harrison was

23 transferred again to the Metropolitan Detention Center in Los Angeles, California (MDC LA). MDC

24 LA is not much better than NLVDC. MDC LA is similar to the Metropolitan Correctional Center in

25 San Diego (MCC), in that it is intended to be a pre-trial, pre-sentencing housing facility, not a post-

26 sentencing designated facility. There are no vocational or apprenticeship training programs, limited

27

28     [1] Appendix A contains an excerpt from the <u>Federal Prison Guidebook</u> by Alan Ellis regarding FPC Nellis.

1  hours of library time and a fitness department that has just one nautilus machine. Inmates are
2  housed in two-man cells.[2] Mr. Harrison is scheduled to remain there until his release on April 10,
3  2002.

4

5                                              II.

6              **THIS COURT SHOULD DELETE THE CCC REQUIREMENT**

7              Mr. Harrison respectfully requests that this Court delete the CCC requirement from
8  his term of supervised release. He maintains that the Court's desire for an additional punitive
9  sanction, beyond that of his custodial sentence, has been fulfilled already by the unfavorable
10 conditions that he has been subjected to at NLVDC and MDC LA. Because Mr. Harrison was
11 forced to serve the custodial portion of his sentence in locations that were not originally
12 contemplated by this Court and the Bureau of Prisons, he asks this Court to exercise its discretion
13 in deleting the CCC requirement and take into account the considerable punishment that he has
14 already suffered.

15             At the time of sentencing, this Court stated that it wanted Mr. Harrison to serve six
16 months in a custodial institution "to bring home the point." See Appendix C, Selection from
17 Sentencing Transcript. The point has been brought home. An additional six months in a CCC
18 would be overkill at this juncture. The expectations at the time of sentencing were not that Mr.
19 Harrison would spent a considerable portion of his sentence in "administrative segregation,"
20 through no fault of his own, along with several months in a county jail facility. The extra punishment
21 that the Court has intended has already been meted out. Mr. Harrison asks this Court to give him
22 an opportunity to resume his life, continue repaying his restitution and make a contribution to
23 society.

24             Pursuant to Fed. R. Crim. P. 32.1(b), this Court has the discretion to modify conditions
25 of supervised release. Under 18 U.S.C. § 3583(e), this Court "may modify, reduce or enlarge the
26 conditions of supervised release, at any time prior to the expiration or termination of the term of

27  _____

28       [2] Appendix B contains an excerpt from the Federal Prisons Guidebook by Alan Ellis concerning
         MDC LA.

1  supervised release . . ."  Thus, this Court has jurisdiction to modify Mr. Harrison's terms of

2  supervised release by deleting the CCC requirement.  He asks this Court to do so at this time.

3

4

5                                                        III.

6                                               __CONCLUSION__

7              For the foregoing reasons, Mr. Harrison respectfully requests that this Court grant the

8  foregoing motion.

9                                             Respectfully submitted,

10

11 Dated:  March 28, 2002           JAMI L. FERRARA
                                                 Attorney for Mr. Harrison

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  C:\Documents and Settings\Jami\My Documents\JLF WORK\MOTN\Other Crimes\Probation\harrison.mtn.wpd

00CR3069

APPENDIX A

EXCERPT REGARDING FPC NELLIS

# FPC NELLIS

| | |
|---|---|
| FPC Nellis<br>C.S. 4500<br>North Las Vegas, NV 89036<br>702-644-5001<br>Fax: 702-644-7282 | Location: 15 miles from downtown Las Vegas, on Nellis Air Force Base, Area II. Off Interstate 15. Las Vegas is served by McCarren International Airport. |

**History**
Opened in 1990, FPC Nellis offenders who do not have records of escape, violence, sexual offenses, or major medical/psychiatric problems. Inmates serve as an auxiliary work force for Nellis AFB.

**Judicial District**
District of Nevada.

**Security Level**
Minimum/Male.

**Capacity**
Rated – 415. Weekly population figures are available on the BOP's website at http://www.bop.gov.

**Education**
The camp offers GED, ESL, adult education (business, art, foreign language, math, and music), and correspondence courses. Courses are sometimes offered by Southern Nevada Community College. Program availability depends on the number of inmates who wish to enroll (the program requires at least 15 inmates).

**Vocational/Apprenticeship**
The camp does not offer vocational training. The camp offers apprentice-ship programs dental assistant (2000 hours) and housing maintenance technician (2000 hours). Enrollment prerequisites for the apprenticeship programs: H.S. Diploma/GED.

**Library**
The law/leisure library is open daily. There are approximately 11-12 electric typewriters available for the preparation of legal documents. An inmate law library clerk is available for assistance in legal research. There are two copiers available. Copies are 10 cents and charged to an inmate's

debit card. An inter-library loan program is available with weekly deliveries. Educational videos are also offered.

**UNICOR**
None.

**Counseling/Rehab Services**
The camp will be activating a 500-hour residential drug abuse program (RDAP) in December 1999-January 2000. The RDAP will be 9-12 months in length. Presently, the camp offers a non-residential drug treatment program, a drug education program, and Alcoholics Anonymous and Narcotics Anonymous groups.

**Health Services**
The camp is staffed by 1 physician, 4 physician's assistants, 1 Health Information Technician, 1 health Services Administrator, and 1 dentist. The camp provides outpatient care. The camp is served by Nellis AFB Hospital (5 miles away) and the local community hospital (10 miles away). The pill line is available from 6:30 a.m. to 6:45 a.m., and 3:30 p.m. to 3:45 p.m. on Saturdays, Sundays, and holidays. Sick call sign-up is available from 6:00 a.m. to 6:30 a.m., four days a week. A physician's assistant is on duty from 6:00 a.m. to 6:00 p.m. At least one physician's assistant is on call 24 hours a day.

**Housing**
Inmates are housed in dormitories consisting of four-man cubicles, open bay dorms consisting of 8-30 inmates. All of the dormitories are air-conditioned.

**Smoking Areas**
Inmates are permitted to smoke outdoors only.

**Fitness/Recreation**
The recreation department offers team sports, weight machines, free weights, treadmills, stationary bicycles, stair climbers, music appreciation, pool tables, table games, and ping-pong tables. The hobby craft center offers leatherwork and art.

**Religious Services**
The camp is staffed by one full-time chaplain. Contract rabbi and imam services are available. A contract rabbi meets with Jewish inmates once a

week. Local volunteers and contractors provide services for most faiths.

**Commissary**
The commissary is open Monday through Thursday from 2:30 p.m. to 3:30 p.m., and re-opens from 4:45 p.m. until 6:45 p.m. Inmates are assigned one shopping day per week based on their inmate register number. The monthly maximum spending limit for non-specialty goods (under $25) is $175.

**Telephone Policy**
Inmates call collect. Attorneys should make advance appointments for their visits and are encouraged to visit during the regular visiting hours. Visits from an attorney can be arranged at other times based on the circumstances of each case and available staff.

**Inmate Mail**
The institution accepts mail from the U.S. Postal Service via First-Class, U.S. Priority, and Express mail. For those interested in sending overnight mail via a private carrier (Fedex or UPS Overnight), it is recommended that you contact the institution to find out whether the receipt of such mail is permitted.

**Visiting Hours**
Approved visitors may visit the camp Thursday and Friday from 5:00 p.m. to 9:00 p.m., and Saturday, Sunday, and holidays from 8:00 a.m. to 3:00 p.m. Attorney visits can be made by special arrangement.

**Lodging/Accommodations**
Should visitors be spending the night, the following is a short list of accommodations that are available in Nellis, Nevada:

Barcelona Hotel                702-644-6300
Best Western Nellis Motor Inn  702-643-6111

340

# FCI PHOENIX

| | |
|---|---|
| FCI Phoenix<br>37900 N. 45th Avenue<br>Department 1680<br>Phoenix, AZ 85027-7003<br>602-465-9757<br>Fax: 602-465-5133 | Location: 30 miles north of downtown Phoenix. Off Interstate 17, Pioneer Road exit. The area is served by Phoenix Sky Harbor International Airport, seven regional airports, Amtrak, and commercial bus lines. |

**History**
Opened in 1985, FCI Phoenix houses male offenders primarily from the southwestern United States. A self-contained jail unit houses holdovers in the custody of the U.S. Marshal. A special housing unit is for administrative detention and disciplinary segregation. Opened in 1989, the satellite camp houses minimum security female offenders who do not have any significant history of violence or escape.

**Judicial District**
District of Arizona.

**Security Level**
Medium/Male (adjacent Minimum/Female camp).

**Capacity**
FCI Rated – 740. Camp Rated – 272. Weekly population figures are available on the BOP's website at http://www.bop.gov.

**Education**
The FCI and the camp offer GED, ESL, adult education, and correspondence courses.

**Vocational/Apprenticeship**
The FCI offers marketable vocational training in computer (700 hours) and facility maintenance (800 hours). The FCI also offers apprenticeship programs in carpentry (7000 hours), cook (4000 hours), electronic utility worker (6000 hours), management food service (6000 hours), and quality control technician (2000 hours). The camp offers marketable vocational training in computer (700 hours) and computer refurbishing (800 hours), and apprenticeship programs in cook (4000 hours), electronic utility worker (6000 hours), management food service (6000 hours), and quality control technician (2000 hours).

341


# APPENDIX B

# EXCERPT REGARDING MDC LA

a.m. to 3:15 p.m. Inmates at the penitentiary and the camp are limited to five visits per month. Attorneys are encouraged to visit during regular hours, but can be made at other times. Advanced appointments are recommended. A children's room is available.

**Lodging/Accommodations**
Should visitors be spending the night, the following is a short list of accommodations that are available in Lompoc, California:

| | |
|---|---|
| Best Western Vanderberg Inn | 805-735-7731 |
| Embassy Suites Hotel | 805-735-8311 |
| Holiday Inn Express | 805-736-2391 |
| Inn of Lompoc | 805-735-7744 |
| Quality Inn & Executive Suites | 805-735-8555 |
| Spaceport Inn | 805-733-5000 |
| Tally Ho Motor Inn | 805-735-6444 |

## MDC LOS ANGELES

| | |
|---|---|
| MDC Angeles<br>535 N. Alameda Street<br>Los Angeles, CA 90012<br>213-485-0439<br>Fax: 213-253-9520 | Location: In downtown Los Angeles, off the Hollywood Freeway (Highway 101) on the corner of Alameda and Aliso Streets. The area is served by Los Angeles International Airport and Amtrak. |

**History**
Opened in 1988. MDC Los Angeles houses a small work cadre, pre-trial and pre-sentence inmates from California, and holdovers from other parts of the country.

**Judicial District**
Central District of California.

**Security Level**
Administrative/Male/Female.

**Capacity**
Rated – 728. Weekly population figures are available on the BOP's website at http://www.bop.gov.

**Education**
The institution offers GED, ESL, adult education, and correspondence courses.

**Vocational/Apprenticeship**
The institution does not offer vocational or apprenticeship training programs.

**Library**
The law library is open daily from 7:30 a.m. to 3:30 p.m. Reference materials are available, as well as typewriters and legal paper. Inmates can make arrangements with the education department to use a coin operated copy machine. Inmates can request extra law library time by submitting An Inmate Request to Staff Member (aka "cop out").

**UNICOR**
None.

**Counseling/Rehab Services**
The institution offers a non-residential drug treatment program, a drug education program, and Alcoholics Anonymous and Narcotics Anonymous groups. The psychology department is staffed by several full-time psychologists.

**Health Services**
The institution is staffed by 3 physicians, 8 physician's assistants, 2 dentists, and 1 pharmacist. Inmates are provided with outpatient care. A small infirmary is available. Pill line is available three times a day, seven days a week. Sick call is available four days a week. Sign-up is usually before Noon on the previous day. The institution is served by a Veteran's Hospital (located next door). Medical staff are on-site 24 hours a day, seven (7) days a week.

**Housing**
Inmates are housed in two-man cells. There are three televisions in each living unit. They are controlled by the Unit Officer.

**Smoking Areas**
Inmates are permitted to smoke outdoors (on the recreation terrace) only.

**Fitness/Recreation**
The recreation department offers a nautilus machine and pool tables.

**Religious Services**
The camp is staffed by one full-time chaplain. Contract rabbi and imam services are available. A community of volunteers provide services for most faiths.

**Commissary**
The commissary is open Monday through Friday. The monthly maximum spending limit for non-specialty goods (under $25) is $150.

**Telephone Policy**
Inmates dial collect. Phone calls are restricted to 20 minutes. Inmates are required to sign up for a specific time with the Unit Officer. There are approximately four telephones per each large living unit.

**Inmate Mail**
The institution accepts accept mail from the U.S. Postal Service via First-Class, U.S. Priority, and Express mail. For those interested in sending overnight mail via a private carrier (Fedex or UPS Overnight), it is recommended that you first contact the institution to find out whether the receipt of such mail is permitted.

**Visiting Hours**
Approved visitors may visit inmates on Monday, Tuesday, and Wednesday from 12:30 p.m. to 9:00 p.m., and Saturday, Sunday, and holidays from 8:00 a.m. to 9:00 p.m. An odd/even visiting schedule has been established. A maximum of three adults are permitted to visit an inmate at one time. Attorney visits can be made by special arrangement. A children's room is not available.

**Lodging/Accommodations**
Should visitors be spending the night, the following is a short list of accommodations that are available in Los Angeles, California:

| | |
|---|---|
| Holiday Inn - Downtown | 213-628-9900 |
| Marriott Hotel - Downtown | 213-617-1133 |
| Ramada Inn - L.A. Downtown | 213-483-6363 |

APPENDIX C

EXCERPT FROM SENTENCING TRANSCRIPT

1          THE COURT:  JAFFEE GOT SIX MONTHS.

2          MR. HALPERN:  THAT'S CORRECT, YOUR HONOR.

3          THE COURT:  MR. LOPEZ GOT 15 MONTHS.

4          MR. HALPERN:  CORRECT.

5          THE COURT:  ANYTHING FURTHER?

6          MR. MCDONNELL:  SUBMIT IT, YOUR HONOR.

7          MR. HALPERN:  NO.

8          THE COURT:  SIR, YOU HAVE THE RIGHT TO ADDRESS THE

9     COURT, IS THERE ANYTHING YOU WISH TO SAY, PRIOR TO SENTENCING?

10          DEFENDANT HARRISON:  NO, SIR.

11          MR. MCDONNELL:  I MIGHT INDICATE, YOUR HONOR, WE ARE

12     GOING TO ASK THE COURT TO GIVE MR. HARRISON A STAY TO REPORT

13     TO THE DESIGNATED INSTITUTION.

14          MR. HALPERN:  I GUESS I PROBABLY ALSO SHOULD NOTE IF

15     IT IS NOT -- I DON'T BELIEVE IT IS CLEAR IN THE RECORD THAT

16     MR. HARRISON DID, IN FACT, PURSUANT TO THE PLEA AGREEMENT,

17     ENTER INTO A CLOSING AGREEMENT AND HAS STARTED TO MAKE

18     ARRANGEMENTS WITH THE I.R.S. TO FULFILL ALL OF HIS TAX

19     OBLIGATIONS.

20          THE COURT:  ALL RIGHT.

21          THE DEFENDANT IS COMMITTED TO THE CUSTODY OF THE

22     BUREAU OF PRISONS FOR A PERIOD OF SIX MONTHS ON BOTH COUNTS

23     CONCURRENTLY, FOLLOWED BY TWO YEARS SUPERVISED RELEASE ON BOTH

24     COUNTS CONCURRENTLY UNDER THE FOLLOWING TERMS AND CONDITIONS:

25          THAT HE OBEY ALL LAWS, FEDERAL, STATE, AND LOCAL;

1          HE ABIDE BY THE RULES AND REGULATIONS OF THE

2    PROBATION DEPARTMENT;

3          HE NOT POSSESS A FIREARM, DANGEROUS WEAPON, OR

4    EXPLOSIVE DEVICE;

5          HE NOT POSSESS OR USE A NARCOTIC DRUG OR A CONTROLLED

6    SUBSTANCE, UNLESS HE HAS A LAWFUL MEDICAL PRESCRIPTION;

7          HE IS TO REPORT ALL VEHICLES HE OWNS, OPERATES, OR

8    HAS AN INTEREST IN TO THE PROBATION DEPARTMENT;

9          HE IS SUBJECT TO SEARCH OF HIS PERSON, VEHICLE, AND

10   RESIDENCE IN A REASONABLE TIME AND MANNER BY THE PROBATION

11   DEPARTMENT;

12         HE IS TO PARTICIPATE IN A PROGRAM OF MENTAL HEALTH

13   TREATMENT AS PRESCRIBED BY THE PROBATION DEPARTMENT, TAKING

14   ANY MEDICATION PRESCRIBED, THE PROBATION DEPARTMENT IS FREE TO

15   RELEASE THE PRESENTENCE MATERIALS TO THE MENTAL HEALTH

16   PROVIDER, AND HE IS TO CONSENT FOR THE PURPOSES OF SUPERVISION

17   TO THE RELEASE TO THE COURT AND THE PROBATION DEPARTMENT BY

18   THE MENTAL HEALTH PROVIDER THE TREATMENT STATUS AND MENTAL

19   HEALTH CONDITION INFORMATION;

20         HE IS TO GIVE NOTICE TO ALL PURCHASERS OF

21   COUNTERFEITED ITEMS, AND MAKE RESTITUTION -- GIVE NOTICE TO

22   ALL PURCHASERS OF THE NATURE OF THE COUNTERFEIT ITEMS.  THAT

23   MAY HAVE ESSENTIALLY ALREADY BEEN DONE SINCE HE SOLD TO THE

24   RETAILERS;

25         HE IS TO MAKE RESTITUTION TO ALL PERSONS IN THE

1    AMOUNT OF THE PURCHASE PRICE PAID FOR RETURNED ITEMS;

2            HE IS TO BE PROHIBITED FROM OPENING CHECKING ACCOUNTS

3    OR INCURRING NEW CREDIT CHARGES OR OPENING ADDITIONAL LINES OF

4    CREDIT WITHOUT THE APPROVAL OF THE PROBATION OFFICER;

5            HE IS TO RESIDE IN A COMMUNITY TREATMENT OR

6    CORRECTIONS CENTER FOR A PERIOD OF 180 DAYS COMMENCING UPON

7    RELEASE;

8            HE IS NOT TO ENGAGE IN THE EMPLOYMENT OR PROFESSION

9    OF SALES OR COMMERCE IN SPORTS OR FAMOUS PERSON MEMORABILIA;

10           HE IS TO MAINTAIN FULL-TIME EMPLOYMENT;

11           AND HE IS TO TIMELY RESOLVE ALL OBLIGATIONS TO THE

12   INTERNAL REVENUE SERVICE, AND FILE ALL TAX RETURNS DUE IN THE

13   FIRST 90 DAYS OF SUPERVISED RELEASE.

14           HE IS FINANCIALLY UNABLE TO PAY ANY FURTHER FINE, BUT

15   THERE IS $200 IN PENALTY ASSESSMENTS, $100 ON EACH COUNT, TO

16   BE PAID IN THE FIRST YEAR OF SUPERVISED RELEASE.

17           AND I WILL NOT RECOMMEND THE SIX MONTHS BE AT THE

18   URBAN WORK CAMP, I THINK THE SIX MONTHS OUGHT TO BE IN A

19   CUSTODIAL INSTITUTION TO BRING HOME THE POINT.

20           MR. MCDONNELL:  WOULD THE COURT GIVE HIM -- I DON'T

21   KNOW, HOW LONG IS IT TAKING TO DESIGNATE NOW?

22           THE COURT:  I WILL GIVE TWO MONTHS TO SELF-SURRENDER,

23   SO THAT SHOULD TAKE CARE OF IT.  TODAY IS AUGUST 10TH, SO HE

24   IS TO SURRENDER BY OCTOBER 12TH.

25           GOVERNMENT HAVE ANY OBJECTION TO THAT?

1          MR. HALPERN:  NO, YOUR HONOR.

2          THE COURT:  BY NOON, OCTOBER 12TH, TO THE DESIGNATED

3     INSTITUTION, OR TO THIS COURT AT 2:00 P.M. ON THAT DATE.

4          IT WILL BE ON CALENDAR FOR EXONERATION OF BOND ON

5     THAT DATE.

6          YOU HAVE TO TAKE HIM TO THE MARSHAL TO BEGIN THE

7     SELF-SURRENDER PAPERWORK.

8          MR. MCDONNELL:  THANK YOU, YOUR HONOR.

9          THE COURT:  I WILL RETURN THE LETTER, THE

10    GOVERNMENT'S LETTER.

11         MR. HALPERN:  THANK YOU, YOUR HONOR.

12         THE COURT:  OKAY.

13                    *    *    *

14              I CERTIFY THAT THE FOREGOING IS A CORRECT
                TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
15              IN THE ABOVE-ENTITLED MATTER.

16              _____  11·1·01
                COURT REPORTER              DATE
17

18

19

20

21

22

23

24

25